DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE1713)
MALOOF BROWN & EAGAN LLC
411 Theodore Fremd Avenue -Suite 190
Rye, New York 10580
*Attorneys for Plaintiff*

```
            FILED
         JUL 17 2007
        USDC WP SDNY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOMPO JAPAN INSURANCE COMPANY OF      :
AMERICA

                *Plaintiff,*

  - against -

HANKYU EXPRESS INTERNATIONAL CO.,
LTD., and KOREAN AIR LINES CO., LTD.,      :

                *Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. **07 CIV. 6476**

STATEMENT PERSUANT
TO F.R.C.P. 7.1

**JUDGE KOELTL**

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

                SOMPO INSURANCE INC.

Dated: Rye, New York
       July 17, 2007

                            MALOOF BROWNE & EAGAN LLC

                            By: _____
                               David T. Maloof (DM 3350)
                               Thomas M. Eagan (TE 1713)
                   411 Theodore Fremd Ave., Suite 190
                          Rye, New York 10580-1411
                                  (914) 921-1200
                               *Attorneys for Plaintiff*