AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

SOMPO JAPAN INSURANCE COMPANY OF AMERICA

V.

HANKYU EXPRESS INTERNATIONAL CO., LTD., and KOREAN AIR LINES CO., LTD.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV. 6476

# JUDGE KOELTL

TO: (Name and address of Defendant)

Hanku Express International Co. Ltd.
c/o Hanku International Transport (USA), Inc.
Cargo Building #75
JFK International Airport
Jamaica, New York 11367

Korean Air Lines, Co., Ltd.
c/o Jong E Lee
609 5th Avenue
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

JUL 1 7 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA

                                                 Plaintiff,

-against-

HANKYU EXPRESS INTERNATIONAL CO.,
LTD., and KOREAN AIR LINES CO., LTD.,

                                    Defendants.

Case No.
07 CIV. 6476

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On July 23, 2007 at 9:31 a.m. at 230-19 International Airport, Center Blvd. Suite1000, Jamaica, NY 11413, I served the within SUMMONS and COMPLAINT on HANKYU EXPRESS INTERNATIONAL, CO., LTD., defendant therein named, by delivering a true copy of same to GEORGE PAGLIARO, designated agent.

The person served is a white male, brown hair, 35-45 years old, 6'1"-6'2" in height, 180-190 pounds.

                                                                 _Caswell Bryan_
                                                                 Caswell Bryan
                                                                 License No. 846846

Sworn to before me this
23rd day of July 2007

_Julio Delara_
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 20__

**LegalEase**
_Inc._

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA

                              **Plaintiff,**

-against-

HANKYU EXPRESS INTERNATIONAL CO.,
LTD., and KOREAN AIR LINES CO., LTD.,

                              **Defendants.**

Case No.
07 CIV. 6476

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK   }
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On July 23, 2007 at 2:32 p.m. at 609 Fifth Avenue, New York, NY 10017, I served the within SUMMONS and COMPLAINT on KOREAN AIR LINES CO., LTD., defendant therein named, by delivering a true copy of same to MARK KIM, Manager and designated agent.

The person served is a asian male, black hair, 50-60 years old, 5'3"-5'6" in height, 155-165 pounds.

                                                      Julio Delara
                                                      License No. 991178

Sworn to before me this
23rd day of July 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796