DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SOMPO JAPAN INSURANCE COMPANY OF
AMERICA,

        Plaintiff,

   - against -

HANKYU EXPRESS INTERNATIONAL CO.,
LTD., and KOREAN AIR LINES CO., LTD.,

        Defendant.
---------------------------------------X

Case No: 07-CV-6476 (JGK) (THK)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Sompo Japan Insurance Company of America and defendant Korean Air Lines Co., Ltd. ("Korean Air"), defendant Hankyu Express International Co., Ltd. having not yet appeared, that Korean Air's time to serve and file a responsive pleading to the Complaint is hereby extended until and including August 27, 2007.

Dated: New York, New York
       August 10, 2007

MALOOF BROWN & EAGAN LLC

By _____
   Thomas M. Eagan (TE-1713)
411 Theodore Freund Avenue, Suite 190
Rye, New York 10580
914-921-1200
Attorneys for Plaintiff

CLYDE & CO US LLP

By _____
   Andrew J. Harakas (AH-3515)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3000
Attorneys for Defendant
Korean Air Lines Co., Ltd.

SO ORDERED:

_____
U.S.D.J.

8/20/07