UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   AH-3515
SOMPO JAPAN FIRE INSURANCE         :
COMPANY OF AMERICA,
                                    :
         Plaintiff,                    07-CV-6476 (JGK) (THK)
                                    :
    - against -                        **RULE 7.1 STATEMENT**
                                    :
HANKYU EXPRESS INTERNATIONAL
CO., LTD., and KOREAN AIR LINES CO.,   :
LTD.,
                                    :
         Defendants.
                                    :
------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for KOREAN AIR LINES CO., LTD. ("KAL"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of KAL:

    None

Dated: New York, New York
       August 27, 2007

                              CLYDE & CO US LLP

                              By: _____
                                 Andrew J. Harakas (AH 3515)
                                 The Chrysler Building
                                 405 Lexington Avenue
                                 New York, New York 10174
                                 (212) 710-3900

                                 Attorneys for Defendant
                                 KOREAN AIR LINES CO., LTD.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Mariana Nannarone, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Brooklyn, New York. On August 27, 2007 deponent served the within **RULE 7.1 STATEMENT** upon:

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Freund Avenue
Rye, New York 10580
(914) 921-1200
Attorneys for Plaintiff

Hankyu Express International Co., Ltd.
c/o Hankyu International Transport (USA), Inc.
Cargo Building # 75
JFK International Airport
Jamaica, New York 11367

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Mariana Nannarone

Sworn to before me this
27th day of August, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009