090,000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY
OF AMERICA,

           Plaintiff,

      -against-                                **RULE 7.1(a) STATEMENT**

HANKYU EXPRESS INTERNATIONAL CO.,      07 CV 6476 (JGK)
LTD. and KOREAN AIR LINES CO., LTD.,

           Defendants.
------------------------------------------------------------X

      Defendant, HANKYU EXPRESS INTERNATIONAL CO., LTD., by and through its attorneys, MENDES & MOUNT, LLP, as and for its statement pursuant to FRCP 7.1(a), states that there are no corporate parents or publicly-held corporations that own 10% or more of its stock.

**Dated:** New York, New York
       September 10, 2007

                                            Yours, etc.,

                                            MENDES & MOUNT, LLP
                                            Attorneys for Defendant
                                            HANKYU EXPRESS INTERNATIONAL CO., LTD.
                                            750 Seventh Avenue
                                            New York, NY 10019-6829
                                            (212) 261-8000

                                            **By:** _____
                                                Kevin J. Philbin
                                                (KJP-3606)

**To:** MALOOF BROWNE & HAGAN LLC
Attorneys for Plaintiff
411 Theodore Fremd Avenue – Suite 190
Rye, NY 10580
(914) 921-1200

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, the foregoing RULE 7.1(a) STATEMENT was duly served by depositing a true and correct copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to:

> Maloof Browne & Hagan LLC
> 411 Theodore Fremd Avenue – Suite 190
> Rye, NY 10580

Kevin J. Philbin
(KJP-3606)