UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOMPO JAPAN INSURANCE COMPANY
OF AMERICA,

          Plaintiff,

   - against -

HANKYU EXPRESS INTERNATIONAL
CO., LTD., and KOREAN AIR LINES CO.,
LTD.,

          Defendants.
------------------------------------------------------------x
KOREAN AIR LINES CO., LTD.,

          Third-Party Plaintiff,

   - against -

INTERNATIONAL CARGO MARKETING
CONSULTANTS, INC. d/b/a Alliance Airlines,

          Third-Party Defendant.
------------------------------------------------------------x

07-CV-6476 (JGK) (THK)

**ANSWER TO CROSS-CLAIM**

Defendant KOREAN AIR LINES CO., LTD. (hereinafter "KAL"), by its attorneys Clyde & Co US LLP, answers the cross-claim in defendant HANKYU EXPRESS INTERNATIONAL CO., LTD's ("hereinafter "HANKYU") Answer with Cross-Claim to Plaintiff's Complaint as follows:

    1.    Denies the allegations in paragraphs 41 and 42 of the Answer with Cross-Claim.

**AFFIRMATIVE DEFENSES**

    2.    KAL hereby adopts, incorporates by reference, and asserts as affirmative defenses to the allegations, claims and/or causes of action set forth in the cross-claim, each and every affirmative defense set forth in KAL's Answer to Plaintiff's Complaint dated August 27, 2007.

3. Defendant HANKYU's cross-claim is barred by the two-year period of limitations set forth by Article 35 of the Montreal Convention and/or KAL's conditions of contract and, therefore, the cross-claim must be dismissed.

WHEREFORE, KAL demands judgment dismissing the cross-claim in its entirety.

Dated: New York, New York
September 14, 2007

                          CLYDE & CO US LLP

                          By: /s/ Andrew J. Harakas
                             Andrew J. Harakas (AH 3515)
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, New York 10174
                          (212) 710-3900

                          Attorneys for Defendant
                          KOREAN AIR LINES CO., LTD.

To:   Thomas M. Eagan
      Maloof Browne & Eagan LLC
      411 Theodore Freund Avenue
      Rye, New York 10580
      (914) 921-1200
      Attorneys for Plaintiff

      Kevin J. Philbin
      Mendes & Mount, LLP
      750 Seventh Avenue
      New York, New York 10019
      (212) 261-8000
      Attorneys for Defendant
      Hankyu Express International Co., Ltd.

      International Cargo Marketing Consultants, Inc.
      d/b/a Alliance Airlines
      P.O. Box 66751
      AMF O'Hare International Airport - Cargo Building 517
      Chicago, Illinois 60666-0751

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Mariana Nannarone, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Brooklyn, New York. On September 14, 2007 deponent served the within **ANSWER TO CROSS-CLAIM** upon:

International Cargo Marketing Consultants, Inc.
d/b/a Alliance Airlines
P.O. Box 66751
AMF O'Hare International Airport - Cargo Building 517
Chicago, Illinois 60666-0751

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Mariana Nannarone

Sworn to before me this
14th day of September, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009