# MENDES & MOUNT, LLP

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750
URL: WWW.MENDES.COM

LOS ANGELES OFFICE
725 SOUTH FIGUEROA STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90017-5419
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

R SEP 24 2007

DIRECT DIAL: (212) 261-8465
DIRECT FAX: (212) 261-8716
E-MAIL: KEVIN.PHILBIN@MENDES.COM

September 24, 2007

**VIA FACSIMILE**

Hon. John G. Koeltl, USDJ
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

*[Handwritten: CONFERENCE ADJOURNED TO WEDNESDAY, NOVEMBER 7, 2007 AT 4:30PM SO ORDERED. /s/ John G. Koeltl USDJ]*

Re: Sompo Japan Fire Insurance Company of America v.
Hankyu Express International Co., Ltd. and Korean Air Lines Co., Ltd.
07 CV 6476 (JGK)

Honorable Sir:

We represent defendant Hankyu Express International in the captioned matter.

Plaintiff's counsel advises that Your Honor has scheduled a conference in this matter on October 3, 2007, at 4:00 p.m. However, we have recently impleaded Delta Air Lines as a third-party defendant, and counsel for Korean Air Lines had previously commenced a third-party action against International Cargo Marketing Consultants. Neither party has yet appeared.

Accordingly, with counsel's consent, we respectfully request a 30-day adjournment of this conference.

Respectfully yours,

MENDES & MOUNT, LLP

By: /s/ Kevin J. Philbin
Kevin J. Philbin
(KJP-3606)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

KJP: adl

Our File: 090,000
Page 2 of 2

cc:    Maloof Browne & Eagan LLC
       411 Theodore Fremd Avenue – Suite 190
       Rye, NY 10580
       Attn:  David T. Maloof, Esq.
       File:   2505.32

       Clyde & Co US LLP
       405 Lexington Avenue
       New York, NY 10174
       Attn:  Barry Alexander, Esq.