# MALOOF BROWNE & EAGAN LLC

OCT 29 2007

DAVID T. MALOOF

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: litsupport@maloofandbrowne.com

October 29, 2007

**Via Facsimile: 2 pages**

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007
Fax: (212) 805-7912

APPLICATION GRANTED
SO ORDERED

10/29/07

John G. Koeltl, U.S.D.J.

Re: *Sompo Japan Insurance Co. of America v. Hankyu Express Int'l Co. Ltd. and Korean Air Lines Co., Ltd.; Korean Air Lines Co., Ltd. v. Int'l Cargo Mkt'g Consultants, Inc. d/b/a Alliance Airlines; Hankyu Express Int'l Co. Ltd. v. Delta Air Lines, Inc.*
Docket No: 07 Civ. 6476
Our Ref: 2503.87

Dear Judge Koeltl:

We are attorneys for plaintiff and respectfully request a 30-day extension of time for the pretrial conference in the above-captioned matter, to December 7, 2007. This case is currently scheduled for a pretrial conference on Wednesday, November 7, 2007, at 4:00 p.m. This is our first request for an extension of time in this matter, and all other parties to this action consent to the requested extension. There is, at present, an offer to settle one claim in this case, and we are in negotiations to settle the other two as well. We request the court grant this extension to allow the parties additional time to settle these claims.

Thank you.

Respectfully submitted,

David T. Maloof

Cc: Andrew J. Harakas
Clyde & Co.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 710-3900
Fax: (212) 710-3950

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

P:\WP-DOCS\2503.87\102907 Adjournment ltr to J. Koeltl.doc

*Attorney for Defendant Korean Air Lines, Co., Ltd.*

Kevin J. Philbin (KJP 3606) – Atty for Hankyu Express Int'l Co., Ltd.
Medes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
Tel: (212) 261-8000
Fax: (212) 261-8750
*Attorney for Defendant Hankyu Express International Co., Ltd.*

Barry S. Alexander
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 710-3912
Cell: (347) 515-0046
Fax: (212) 710-3950
*Attorney for Defendant Hankyu Express International Co., Ltd.*

Edward Farman
Shindel, Farman, Lipsius, Gardner & Rabinovich, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Tel: (212) 563-1710
Fax: (212) 695-6602
*Attorney for Third-Party Defendant International Cargo Marketing Consultants, Inc. d/b/a Alliance Airlines*

Francis A. Montbach
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486
Tel: (212) 804-4229
Fax: (212) 344-8066
*Attorney for Third-Party Defendant Delta Air Lines, Inc.*

F:\WP-DOCS\2503.87\102907 Adjournment ltr to J. Koeltl.doc