UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
------------------------------------------------x
SOMPO JAPAN INSURANCE COMPANY :
OF AMERICA, :
: 
               Plaintiff, :   07-CV-6476 (JGK) (THK)
:
  -against- :
:
HANKYU EXPRESS INTERNATIONAL CO., :
LTD., and KOREAN AIR LINES CO., LTD., :
:
               Defendants. :
------------------------------------------------x
KOREAN AIR LINES CO., LTD., :
:
            Third-Party Plaintiff, :
:
  -against- :
: **RULE 7.1 STATEMENT**
INTERNATIONAL CARGO MARKETING :
CONSULTANTS, INC. d/b/a Alliance Airlines, :
:
            Third-Party Defendant. :
------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for Third Party Defendant International Marketing Consultants, Inc. d/b/a Alliance Airlines, certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

                     NONE

Dated: December 5, 2007

                                         _____
                                         Edward Farman (EF7329)