```
UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
------------------------------------------------x
SOMPO JAPAN INSURANCE COMPANY          :
OF AMERICA,                            :
                                       :
                    Plaintiff,         :       07-CV-6476 (JGK) (THK)
                                       :
       -against-                       :
                                       :
HANKYU EXPRESS INTERNATIONAL CO.,      :
LTD., and KOREAN AIR LINES CO., LTD.,  :
                                       :
                    Defendants.        :
------------------------------------------------x
KOREAN AIR LINES CO., LTD.,            :
                                       :
                    Third-Party Plaintiff, :
                                       :
       -against-                       :
                                       :
INTERNATIONAL CARGO MARKETING          :
CONSULTANTS, INC. d/b/a Alliance Airlines, :
                                       :
                    Third-Party Defendant. :
------------------------------------------------x
```

### ANSWER OF INTERNATIONAL MARKETING CONSULTANTS
### TO THIRD-PARTY COMPLAINT OF KOREAN AIR LINES CO., LTD.

Third Party Defendant International Marketing Consultants, Inc. d/b/a Alliance Airlines ("Alliance"), by and through its attorneys, Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, for its answer to the third-party complaint states as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 1 of the third-party complaint, except admits that a copy of a complaint is annexed to the third-party complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 2 of the third-party complaint.

3. Admits each and every allegation contained in paragraph 3 of the third-party complaint.

4. Admits each and every allegation contained in paragraph 4 of the third-party complaint.

5. Admits each and every allegation contained in paragraph 5 of the third-party complaint.

6. Denies each and every allegation contained in paragraph 6 of the third-party complaint.

7. Denies each and every allegation contained in paragraph 7 of the third-party complaint.

**FIRST CAUSE OF ACTION**

8. In response to paragraph 8 of the third-party complaint, Alliance repeats and realleges each and every response contained in paragraphs 1 through 7 as if set forth herein at length.

9. Denies each and every allegation contained in paragraph 9 of the third-party complaint.

10. Denies each and every allegation contained in paragraph 10 of the third-party complaint.

## SECOND CAUSE OF ACTION

11.     In response to paragraph 11 of the third-party complaint, Alliance repeats and realleges each and every response contained in paragraphs 1 through 10 as if set forth herein at length.

12.     Denies each and every allegation contained in paragraph 12 of the third-party complaint.

13.     Denies each and every allegation contained in paragraph 13 of the third-party complaint.

## THIRD CAUSE OF ACTION

14.     In response to paragraph 14 of the third-party complaint, Alliance repeats and realleges each and every response contained in paragraphs 1 through 13 as if set forth herein at length., and admits that a copy of a Standard Ground Handling Agreement between Alliance and Korean Air Lines, dated April, 2006, is annexed to the third-party complaint.

15.     With respect to the allegations contained in paragraph 15 of the third-party complaint, Alliance admits the existence of the Standard Ground Handling Agreement and refers thereto for all of its terms and conditions.

16.     With respect to the allegations contained in paragraph 16 of the third-party complaint, Alliance admits the existence of the Standard Ground Handling Agreement and refers thereto for all of its terms and conditions.

17.     Denies each and every allegation contained in paragraph 17 of the third-party complaint.

18.   Denies each and every allegation contained in paragraph 18 of the third-party complaint.

## FOURTH CAUSE OF ACTION

19.   In response to paragraph 19 of the third-party complaint, Alliance repeats and realleges each and every response contained in paragraphs 1 through 18 as if set forth herein at length.

20.   With respect to the allegations contained in paragraph 20 of the third-party complaint, Alliance admits the existence of the Standard Ground Handling Agreement and refers thereto for all of its terms and conditions.

21.   Denies each and every allegation contained in paragraph 21 of the third-party complaint.

22.   Denies each and every allegation contained in paragraph 22 of the third-party complaint.

## FIRST AFFIRMATIVE DEFENSE

23.   The third-party complaint fails to state a claim for which relief can be granted against Alliance.

## SECOND AFFIRMATIVE DEFENSE

24.   Any loss of or damage to goods alleged in the third-party complaint was caused by the acts of others over whom Alliance exercised no supervision or control and for whose conduct Alliance has no responsibility or liability.

WHEREFORE, third-party defendant International Marketing Consultants, Inc. d/b/a Alliance Airlines demands judgment dismissing the third-party complaint, awarding third-party defendant its costs, disbursement and such other and further relief as this Court deems just and proper.

Dated: December 5, 2007
       New York, New York

                                      SCHINDEL, FARMAN, LIPSIUS,
                                       GARDNER & RABINOVICH, LLP
                                      Attorneys for Third Party Defendant
                                      International Marketing Consultants, Inc.
                                       d/b/a Alliance Airlines

                                       By: _____
                                          Edward Farman (EF7329)
                                     14 Penn Plaza, Suite 500
                                     New York, New York  10122
                                     (212) 563-1710
                                     File No.: 2665.0019