UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOMPO JAPAN INS. CO. OF AMERICA,

        Plaintiffs,

   - against -

HANKYU EXPRESS INT'L CO., LTD ET AL.,

        Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

07 Civ. 6476 (JGK)

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under _ U.S.C. §636(c) for all purposes (including trial)

___ Consent under _ U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion _____

_____

All such motions: ____

**SO ORDERED**

DATED:   New York, New York
          October 2, 2007

                             John G. Koeltl
                             United States District Judge

* Do not check if already referred for general pretrial.