FRANCIS A. MONTBACH (FAM9631)
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
(212) 804-4200
fmontbach@moundcotton.com
Attorneys for Third-Party Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA,

                        Plaintiff,         07 Civ. 6476 (THK)

  - against -

HANKYU EXPRESS INTERNATIONAL CO.,
LTD., and KOREAN AIR LINES CO., LTD.      NOTICE OF
                                                                       BANKRUPTCY
                                                                       DISCHARGE AND
                        Defendants       PERMANENT
-----------------------------------------------------------x   INJUNCTION

KOREAN AIR LINES CO., LTD.,

                        Third-Party Plaintiff,

  - against -

INTERNATIONAL CARGO MARKETING
CONSULTANTS, INC., d/b/a ALLIANCE
AIRLINES,

                        Third-Party Defendant.
-----------------------------------------------------------x

HANKYU EXPRESS INTERNATIONAL CO., LTD.,

        Third-Party Plaintiff,

- against -

DELTA AIR LINES, INC.,

        Third-Party Defendant.

------------------------------------------------------------x

S I R S:

PLEASE TAKE NOTICE that on September 14, 2005, Delta Air Lines, Inc., and the affiliated companies listed below filed a Voluntary Petition for relief and the United States Bankruptcy Court for the Southern District of New York entered an Order for Relief under Chapter 11 of Title 11 of the United States Code in the following cases:

    Delta Air Lines, Inc., Case No. 05-17923-PCB
    ASA Holdings, inc ., Case No. 05-17946-PCB
    Comair Holdings, LLC, Case No. 05-17931-PCB
    Comair, Inc., Case No. 05-17924-PCB
    Comair Services, Inc., Case No. 05-17935-PCB
    Crown Rooms, Inc., Case No. 05-17922-PCB
    DAL Aircraft Trading, Inc., Case No. -5-17941-PCB
    DAL Global Services, LLC, Case No. 05-17928-PCB
    DAL Moscow, Inc., Case No. 05-17937-PCB
    Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
    Delta Benefits Management, Inc., Case No. 05-17945-PCB
    Delta Connection Academy, Inc., Case No. 05-17926-PCB
    Delta Corporate Identity, Inc., Case No. 05-17932-PCB
    Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
    Delta Technology, LLC, Case No. 05-17927-PCB
    Delta Ventures III, LLC, Case No. 05-17936-PCB
    Epsilon Trading, Inc., Case No. 05-17943-PCB
    Kappa Capital Management, Inc., Case No. 05-17947-PCB
    Song, LLC, Case No. 05-17921-PCB

PLEASE TAKE FURTHER NOTICE that on April 25, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order (the "Confirmation Order") in the Chapter 11 cases of the above referenced debtors and debtors-in-possession (collectively the "Debtors" confirming the Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (as confirmed, the "Plan"). On April 30, 2007, the Effective Date of the Plan occurred. The Confirmation Order operates as a discharge of and permanent injunction to the continuance of any attempts to pursue collection of any pre-petition claims against the Debtor, as more particularly set forth in the Notice of (I) Entry of Order Confirming Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code; (II) Occurrence of the Effective Date and (III) Bar Dates for Filing Certain Post-Petition Claims, dated April 30, 2007 (a true and correct copy of which is attached as Exhibit "A" to this Notice).

Dated: New York, New York
December 19, 2007.

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Defendant
Delta Air Lines, Inc.

By: _____
Francis A. Montbach (FAM9631)
One Battery Park Plaza
New York, NY   10004
(212) 804-4200
fmontbach@moundcotton.com


TO: MENDES & MOUNT, LLP
750 Seventh Avenue
New York, New York   10019-6829
Attorneys for Defendant and
 Third-Party Plaintiff
Hankyu Express International Co., Ltd.

MALOOF BROWNE & EAGAN, LLC
411 Theodore Fremd Avenue
Suite 190
Rye, New York  10508
Attorneys for Plaintiff

CLYDE & CO US LLP
The Lexington Building
405 Lexington Avenue
New York, NY  10174
Attorneys for Defendant and Third Party Plaintiff
Korean Air Lines Co., Ltd.


SCHINDEL, FARMAN, LIPSIUS,
 GARDNER & RABINOVICH LLP
14 Penn Plaza
Suite 5090
New York, NY  10122
Attorneys for Third-Party Defendant
International Cargo Marketing Consultants, Inc.
 d/b/a Alliance Airlines

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ): ss.:
COUNTY OF NEW YORK  )

MARIAN KELLY, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Maywood, New Jersey.

That on December 19, 2007, deponent served the within **NOTICE OF BANKRUPTCY AND PERMANENT INJUNCTION** on:

MENDES & MOUNT, LLP
750 Seventh Avenue
New York, New York   10019-6829
Attorneys for Defendant and
 Third-Party Plaintiff
Hankyu Express International Co., Ltd.

MALOOF BROWNE & EAGAN, LLC
411 Theodore Fremd Avenue
Suite 190
Rye, New York  10508
Attorneys for Plaintiff

CLYDE & CO US LLP
The Lexington Building
405 Lexington Avenue
New York, NY   10174
Attorneys for Defendant and Third Party Plaintiff
Korean Air Lines Co., Ltd.


SCHINDEL, FARMAN, LIPSIUS,
 GARDNER & RABINOVICH LLP
14 Penn Plaza
Suite 5090
New York, NY   10122
Attorneys for Third-Party Defendant
International Cargo Marketing Consultants, Inc.
 d/b/a Alliance Airlines

the address designated by said attorney for that purpose by depositing the same, enclosed in a postpaid properly addressed wrapper, directed to said attorney at the above address in an official depository; under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Marian Kelly

Sworn to before me this
19th day of December, 2007

_____
Notary Public

IRENE SIEGEL
Notary Public State of New York
No. 41-4872330
Qualified in Queens County
Commission Expires October 14, 2010