UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
SOMPO JAPAN INSURANCE COMPANY
OF AMERICA,

               Plaintiff,              07-CV-6476 (JGK) (THK)

  -against-

HANKYU EXPRESS INTERNATIONAL CO.,     RULE 26 DISLCOSURES OF
LTD., and KOREAN AIR LINES CO., LTD.,    THIRD-PARTY DEFENDANT
                                                     INTERNATIONAL CARGO
               Defendants.          MARKETING CONSULTANTS, INC.
---------------------------------------x
KOREAN AIR LINES CO., LTD.,

               Third-Party Plaintiff,

  -against-

INTERNATIONAL CARGO MARKETING
CONSULTANTS, INC. d/b/a Alliance Airlines,

               Third-Party Defendant.
---------------------------------------x

     Third-Party Defendant International Cargo Marketing Consultants, Inc. d/b/a Alliance Airlines, ("Alliance"), by and through its attorneys Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby provides the following Initial Disclosures:

DISCLOSURE NO. 1:

     The name and, if known, the address and telephone number of each individual likely to have discoverable information.

RESPONSE TO DISCLOSURE NO. 1:

Alliance states that the following people may have discoverable information relating to this matter:

1. All persons named by other parties in Rule 26 Disclosures.

2. Jong Dae Lee, Claim Manager of Alliance

3. Personnel of Alliance who handled the cargo.

4. Personnel of ATL Couriers/ATL Express who received the subject cargo from Alliance and delivered it to the consignee.

5. David Carey, believed to be an employee of Unisia of Georgia, who received the cargo at destination.

DISCLOSURE NO. 2:

A copy, or a description by category and location, of all documents, data compilations, and tangible things.

RESPONSE TO DISCLOSURE NO. 2:

*See* document attached hereto as Exhibit "A".

DISCLOSURE NO. 3:

A computation of any category of damages claimed by the disclosing party.

RESPONSE TO DISCLOSURE NO. 3:

Not applicable.

DISCLOSURE NO. 4:

Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment.

RESPONSE TO DISCLOSURE NO. 4:

The liability of Alliance for loss of and damage to cargo is insured under policy no. I20795773001 issued by Ace Insurance Company of Illinois.

Dated: January 24, 2008
      New York, New York

                                    SCHINDEL, FARMAN, LIPSIUS,
                                      GARDNER & RABINOVICH, LLP
                                    Attorneys for Third-Party Defendant
                                    International Cargo Marketing
                                    Consultants, Inc. d/b/a Alliance Airlines

                                    By: _____
                                       Edward Farman (EF7329)
                                    14 Penn Plaza, Suite 500
                                    New York, New York 10122
                                    Telephone No.: (212) 563-1710
                                    File No.: 2665.0019

TO:    Thomas M. Eagan, Esq.
        Maloof Browne & Eagan LLC
        411 Theodore Freund Avenue
        Rye, New York 10580
        Attorneys for Plaintiff

        Kevin J. Philbin, Esq.
        Mendes & Mount, LLP
        750 Seventh Avenue
        New York, New York 10019
        Attorneys for Defendant Hankyu Express International Co., Ltd.

        Andrew J. Harakas, Esq.
        Clyde & CO US LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174
        Attorneys for Defendant/Third-Party Plaintiff Korean Air Lines Co., Ltd.

        Francis A. Montbach, Esq.
        Mound Cotton Wollan & Greengrass
        One Battery Park Plaza
        24 Whitehall Street
        New York, New York 10004
        Attorneys for Third-Party Defendant Delta Air Lines, Inc.