# EXHIBIT A

# ALLIANCE AIR

The Cargo Service Company

P.O. Box 66751
A.M.F. O'Hare International Airport
Chicago, Illinois 60666

CLM- 07206041

Telephone : 773/917-2013
Fax : 773/917-2080

August 2, 2007

Mr. Eugene L. O'Brien
Mesirow Financial
1500 South Lakeside Drive
Bannockburn, IL 60015

RE : Claims for Loss                          **WITHOUT PREJUDICE**
    under AWB No. / 180-5027 6041 KE243/21JUN., 2005

Dear Mr. O'Brien ,

Today we received the supporting documents relative summon which is old claim.
We have not received any preliminary or formal claim todate as shown on our letter
to Korean Air manager.

Also we do not have a copy of summon letter and we will let you know once we get it.

For your porper action, we are attaching all of the supporting docunments.


Sincerely yours,
**ALLIANCE AIR**



Jong  Dae  Lee
Claims Manager
Alliance Air

이관형(ATLFFKKF,LEE KWAN HYOUNG)

───────────────────────────────────

보낸 사람: 이관형(ATLFFKKF,LEE KWAN HYOUNG)
보낸 날짜: 2007년 7월 30일 월요일 오후 11:41
받는 사람: 최인상(SELSFSSN,CHOI IN SANG)
제목:      [혹시] : [NOTICE] Legal action – FW: [Report] New Legal action report (180-5027 6041)

혹시 하기건 관련 생각나는 것이 있으신지요?
잠시 Pre-claim/Formal Claim 받은 것 이외에 따로 Action이 취해지지 않은 것 같은데 확인차 메일 보냅니다.
/RGDS


----Original Message-----
**rom:** 이관형(ATLFFKKF,LEE KWAN HYOUNG)
**;ent:** Monday, July 30, 2007 11:06 PM
**o:** 'YC Noh'
**;ubject:** [NOTICE] Legal action - FW: [Report] New Legal action report (180-5027 6041)

)ear Noh

(egarding newly filed regal action to KE from Sompo Japan Insurance Company, I would like to notify
hat the mattered damage seemed to be caused in the custody of 3A and the possible loss of KE caused by
t will be transferred to 3A accordingly.


/RGDS




----Original Message-----
**rom:** 이관형(ATLFFKKF,LEE KWAN HYOUNG)
**;ent:** Monday, July 30, 2007 10:10 PM
**o:** 민석기(JFKKF,Min Sukki); LAXDARLG; 김병창(LG,KIM BYEONG CHANG); 주계형(FT,JOO KYE HYUNG)
**:c:** 화물팀; 김동훈(JFKKFKTF,KIM DONG HOON); 정연섭(JFKKFKFZ,CHUNG YEON SEOP); Weathers Charles(ATLFF,Weathers
:harles)
**;ubject:** [Report] New Legal action report (180-5027 6041)


       Regarding lawsuit letter accepted on 23JUL07, report the summary
s follows.


. Detail
  A. AWB NO: 180-5027 6041
  B. FLT/Date: KE243/21JUL'05
  C. PC/WT: 10PC/4078KG
  D. PC/WT related to claim: 2PC

. Filing history
  A. Preliminary claim: filed on 26JUL'05
  B. Formal Claim: filed on 16NOV'06
  C. Summons and Complaint: Accepted on 23JUL'07

. Detail in formal claim
  A. Claimant: Sompo Japan Insurance Company of America(located in NY)
  B. Claim Amount: USD17,745.63
  C. Claim reason
     - 1 crate was dumped at time of delivery (remarked on sign-off
       by driver)
     - Returned some (40 inner pieces) of damage-suspicious cargoes to
       Japan for inspection and found 1 piece damaged.
     - According to damage found, they disposed remained
       damage-suspicious parts
     -> See refer more detail in report below

. Clause in contract with alliance (3A - ATLFF's GHSC) for reimbursement
  [Paragraph 9 Liability and indemnity]
    9.1 Notwithstanding article 8 of the main agreement, in the event
        of irregularity of, damage to, or loss of cargo being handled by
        the handling company pursuant to this Annex B and caused by
        handling company, the handling company shall be liable to the
        carrier for such loss and damage.

 Attachments
 1. Pre-claim / Formal claim / related document in 1 Zip file
 2. KE/3A Contract (end)


----Original Message-----
rom: Weathers Charles(ATLFF,Weathers Charles)
ient: Monday, July 30, 2007 8:46 PM
`o: 이관형(ATLFFKKF,LEE KWAN HYOUNG)
iubject: 회신: New Legal action report (180-5027 6041)


1r. Lee,


have sent the claim file in 4 separate emails.  Here are the details and some notes:


  1.  Cn 180-5027 6041 arrived in ATL on KE243/21JUL05

3. Freight was picked up on 25JUL05 at 8:47AM. It was noted that 1 crate was dumped.
4. From pictures it looks like a metal mesh container containing cardboard boxes may be been tipped over by a forklift. Depending on how the boxes were loaded. May have made one side heavier than another if the weight was not evenly distributed.
5. Preliminary claim sent to ATLFF on 26JUL05. Included 1 picture of container C4. Copy of ATL Courier/ATL Express stating 2 pallets flipped. However, there were 2 MAWBs and it is not noted which pallets or which MAWB.
6. Formal claim received from Sompo Japan Insurance Company of America on 16NOV06.

oss Amount:

1. Claim amount of $17,745.63. Looks to be not only the loss of shipment , but costs involved in inspecting the freight and shipping costs in returning to Japan for testing.
2. According to invoice, the cost of parts on pallet C4 is $7,509.60. If 2 crates (C3 and C4) damaged then $15,019.20.
3. Maximum liability 4078Kgs/10pcs = 408Kgs/pc x $20 = $8,160.00. If 2 crates $16,320.00

lotes:

1. According to inspection 2 pallets were damaged C3 and C4 (On signoff only 1 crate was noted damaged, and only 1 picture of crate C4 was sent in the preclaim.)
2. Each crate contains 40 boxes that had 240pcs in total. 6 parts were in each box at $31.29 each.
3. Looking at the pictures made available, it appears that each box contained 6 motor assemblies in Styrofoam and plastic. Then placed in a cardboard box then placed into an open mesh metal container.

:egards,
.en Weathers
.orean Air – Atlanta

---

보낸 사람: 이관형(ATLFFKKF,LEE KWAN HYOUNG)
보낸 날짜: Monday, July 30, 2007 4:56 PM
받는 사람: 민석기(JFKKF,Min Sukki); LAXDARLG; 김병창(LG,KIM BYEONG CHANG); 애틀랜타화물사무소
참조: 뉴욕여객지점; JFKKFKFZ; 김동훈(JFKKFKTF,KIM DONG HOON); Weathers Charles(ATLFF,Weathers Charles)
제목: RE: New Legal action report (180-5027 6041)

ear All

e will gather information and report detail to SELLG ASAP.

/RGDS

-----Original Message-----
From: 민석기(JFKKF,Min Sukki)

**Sent:** Monday, July 30, 2007 4:44 PM
**To:** LAXDARLG; 김병창(LG,KIM BYEONG CHANG); 애틀랜타화물사무소
**Cc:** 뉴욕여객지점; JFKKFKFZ; 김동훈(JFKKFKTF,KIM DONG HOON)
**Subject:** New Legal action report (180-5027 6041)

We have received Summons & Complaints in a civil action as follow:

    AA. Plaintiff:  Sompo Japan Insurance Company of America

    BB. Defendant: Hankyu Int'l Transport & KAL

    CC. Attorney:  Maloof Browne & Eagan LLC

            411 Theodore Fremd Ave.

            Rye, NY  10580

            TEL:  1914-921-1200

    DD. Court:  United States District Court, Southern District of NY

    EE. Index NO:  07CIV6476

    FF.  Assigned Judge:  Koeltl

    GG. SVC of Process:  By hand delivery to NYCSM on 7/23/07.

    HH. Claim detail:

        MAWB. 180-5027 6041

        HAWB. HEI-30020594

        FLT:  KE706/21Jun05 NRT/ICN  KE243/21Jun05 ICN/ATL

        Claim Amount: $ 18,000.00 for damage

Will fax Summons & Complaints to your office today.  Meanwhile, we look forward to your instruction.

ATTN: ATLFF

Please check your claim handling status and let us know what you find in detail.  In addition, please forward al pertinent documents to SELG & LAX/RLG with copy to us.

B/Rgds

**Weathers Charles(ATLFF,Weathers Charles)**

보낸 사람: 민석기(JFKKF,Min Sukki)
보낸 날짜: Monday, July 30, 2007 4:44 PM
받는 사람: LAXDARLG; 김병창(LG,KIM BYEONG CHANG); 애틀랜타화물사무소
참조:　　뉴욕여객지점; JFKKFKFZ; 김동훈(JFKKFKTF,KIM DONG HOON)
제목:　　New Legal action report (180-5027 6041)

We have received Summons & Complaints in a civil action as follow:

- AA.　Plaintiff:  Sompo Japan Insurance Company of America
- BB.　Defendant: Hankyu Int'l Transport & KAL
- CC.　Attorney:  Maloof Browne & Eagan LLC

　　　　411 Theodore Fremd Ave.
　　　　Rye, NY  10580
　　　　TEL:  1914-921-1200

- DD.　Court:  United States District Court, Southern District of NY
- EE.　Index NO: 07CIV6476
- FF.　Assigned Judge: Koeltl
- GG.　SVC of Process:  By hand delivery to NYCSM on 7/23/07.
- HH.　Claim detail:

　　　　MAWB. 180-5027 6041
　　　　HAWB. HEI-30020594
　　　　FLT: KE706/21Jun05 NRT/ICN  KE243/21Jun05 ICN/ATL
　　　　Claim Amount: $ 18,000.00 for damage

Will fax Summons & Complaints to your office today.  Meanwhile, we look forward to your instruction.

ATTN: ATLFF

Please check your claim handling status and let us know what you find in detail.  In addition, please forward all pertinent documents to SELG & LAX/RLG with copy to us.

B/Rgds

7/30/2007

# ALLIANCE AIR

The Cargo Service Company

P.O. Box 66751
A.M.F. O'Hare International Airport
Chicago, Illinois 60666

CLM- 07206041

Telephone : 773/917-2013
Fax : 773/917-2080

August 2, 2007

Mr. Kwan Hyoung Lee
Traffic Manager
Korean Air Cargo
P.O. Box 45088
Atlanta, GA  30320

RE : Claims for Loss                                   **WITHOUT PREJUDICE**
      under AWB No. / 180- 5027 6041  KE243/21JUN.,2005

Dear Mr. Lee ,

Regarding your E-mail on July 30, 2007 to our regional manager, Mr. YC Noh stating
legal action and transfer to Alliance Air,

 The thing occurred  25Jul., 2005 and notified us of this claim on 30Jul., 2007 which means
over time bar stuplated by Warsaw Convention as case over Two years old.

We will make a report to our insurance but are unsure whether they accept or not.
Also we would point out that their packing is not enough for transportation because each carton
boxes inside large wire mesh baskets were not secured and easy to move inside which gave a major
factors for easy moving and damage.  This can be shipper's responsibility.

Next Exception Note was 1 Crate was dumped but this crate has lots of individual boxes.
This claimants filed a claim of whole boxes including the sound condition.

Last, marine surveyor's reported noted on a summary of the loss as 80 Cartons were damaged.
Against packing list, 407.8kgs at 240 Cartons.  If we convert loss cartons into weight,
the loss weight is 136Kgs ( 407.8Kg / 240 ). This means our maximum compensation will be
$2,620  ( 136Kg x $20 ).

If you do not mind, please let us have  a copy of full sets of  summons.

Sincerely yours,
**ALLIANCE AIR**

Jong  Dae   Lee
Claims Manager

180 TYO 5027 6041                                      180-5027 6041

| Shipper's Name and Address | Not negotiable |
|---|---|
| HANKYU EXPRESS INT'L CO.,LTD.<br>795-15 IIZASA,SHIKAHOHARA,<br>TAKO-MACHI,KATORIGUN,CHIBA 289-2231<br>TEL: 0479-78-4224 FAX: 0479-70-7733<br>CONTACT PERSON: MR. T.TAKEMURA | **Air Waybill**<br>Issued by KOREAN AIR LINES CO.,LTD.<br>C.P.O.BOX 864<br>41-3, SOSOMUN-DONG,<br>Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity. |

| Consignee's Name and Address    Consignee's Account Number | |
|---|---|
| HANKYU INT'L TRANSPORT (USA),INC.<br>640 AIRPORT SOUTH PARKWAY,SUITE 200<br>ATLANTA, GA.30349<br>TEL:770-907-0061   TEL:770-907-0137 | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| HANKYU EXPRESS INT'L CO.,LTD.<br>TOKYO,JAPAN | Claims for overcharges must be made in writing within one hundred and eighty (180) days from the date of issue of the air waybill. |

| Agent's IATA Code       Account No. |
|---|
| 16-3 0426/0991 |

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| TYO/ ICN |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS<br>CODE | WT VAL<br>PPD / COLL | Other<br>PPD / COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICN | KE | | DFW | KE | | | JPY | | X | X | N.V.D. | |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE – If carrier offers insurance and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked Amount of Insurance. |
|---|---|---|---|
| ATLANTA | KE 224/21 | | |

Handling Information

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 10 | 4078.0 K | Q | | 4078.0 | 1,050 | 4,281,900 | CONSOLIDATED CARGO AS<br>PER ATTACHED MANIFEST<br><br>HEI:TYO-ATLSTA₂-0720<br>(   10 /   4078.0)<br>(  400 SLAC)<br>(       9.652 M3) |
| 10 | 4078.0 | | | | | 4,281,900 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 4,281,900 | | MY:146,808 SC:500 CG:150 |
| | Valuation Charge | | |
| | Tax | | |

| Total other Charges Due Agent | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
|---|---|
| Total other Charges Due Carrier<br>147,458 | |

| Total prepaid | Total collect |
|---|---|
| 4,429,358 | |

| Currency Conversion Rates | cc Charges in Dest. Currency | Signature of Shipper or his Agent |
|---|---|---|

| For Carriers Use only | Charges at Destination | Total collect Charges | 20 JUL 2005   TOKYO,JAPAN |
|---|---|---|---|
| | | | Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent |

International Air Transport Association
CASS Japan
PFAN FORMS CO.,LTD 0031500 01/00 IATA

180-5027 6041

# CARGO MANIFEST
# HANKYU EXPRESS INTERNATIONAL CO., LTD.

| OWNER OR OPERATOR | MR T.SASAYA | | | | | | ETD: 08:30/21 P | |
|---|---|---|---|---|---|---|---|---|
| MAWB NO. 180 (932V5611) | | FLIGHT NO. ICN KE 243/22 | KE 224/22 | DESTINATION ATLANTA | | | | |
| AIR LINE KOREAN AIR LINES | | | | ISSUED BY HANKYU | | DATE 20 JUL 2005 | | |
| CONSIGNED TO HANKYU INT'L TRANSPORT (USA), INC. | | | | ORIGIN TOKYO | | MANIFEST NO. TYO-ATL.STA -0720 | | |

| NO. | MARK | HAWB NO. | DESTINATION | NO.OF PACKAGES | GROSS WEIGHT | NATURE OF GOODS | COLLECT CHG. OF HAWB JPY | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1 | | HEL-3002 0594 YAT | ATL | 10 400 | 4,078.0 SLAC | VTC ASSY SLAC:400 | | |
| | | GRAND TOTAL | | 10 400/SLAC | 4,078.0 | KGS. | NIL. | |

PREPARED BY    HANKYU    / T. MATSUMOTO                              PAGE    1    OF          PAGES

# KOREAN AIR : CARGO BREAK DOWN SHEET

| FLIGHT NUMBER | DATE | HL NBR | ULD NUMBER | |
|---|---|---|---|---|
| KE 243 | 21 Jal 05 | 7462 | Ra 50 389 | |

| MAWB NUMBER | HAWB NUMBER | PC | RCVD | CHKD | REMARKS | |
|---|---|---|---|---|---|---|
| 180- | H- 30020594 | 10 | | 10 | SHORTLAND FRT | |
| | H- | | | | DAMAGED FRT | |
| | H- | | | | | |
| 5027 | H- | | | | | |
| | H- | | | | | |
| 6041 | H- | | | | | |
| | H- | | | | | |
| TOTAL PCS | H- | | | | | |
| | H- | | 10 | | TRNSFR: | |
| 10 | H- | | | | | |

| MAWB | HAWB NO | PC | RCVD | CHKD | REMARKS | |
|---|---|---|---|---|---|---|
| 180- | H- | | | | SHORTLAND FRT | |
| | H- | | | | DAMAGED FRT | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| TOTAL PCS | H- | | | | | |
| | H- | | | | TRNSFR: | |
| | H- | | | | | |

| MAWB | HAWB NO | PC | RCVD | CHKD | REMARKS | |
|---|---|---|---|---|---|---|
| 180- | H- | | | | SHORTLAND FRT | |
| | H- | | | | DAMAGED FRT | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| TOTAL PCS | H- | | | | | |
| | H- | | | | TRNSFR: | |
| | H- | | | | | |

| MAWB | HAWB NO | PC | RCVD | CHKD | REMARKS | |
|---|---|---|---|---|---|---|
| 180- | H- | | | | SHORTLAND FRT | |
| | H- | | | | DAMAGED FRT | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| | H- | | | | | |
| TOTAL PCS | H- | | | | | |
| | H- | | | | TRNSFR: | |

All payments must be made by company checks or money orders.
Alliance Air does not accept cash in either US Dollars or foreign currencies as a form of payment.

Docs Signature _____

Docs Date _____

# 180-50276041
# Tally: 713385

| | | |
|---|---|---|
| PREPARED BY | JSMITH | DATE: 07/21/2005 |
| CONSIGNEE | HANKYU INTL TRANSPORT U.S.A. I | |
| BROKER | | |
| INSTRUCTIONS | SHIPMENT WILL BE SENT TO G.O. IF NOT PICKED UP BY: 2005-08-05 00:00:00.0 | |

Pieces **10/10**   Wgt(kgs)  4078/4078.00   Commodity **CONSOL**            Storage Starts    07/26/2(

Flight # KE243    Date 07/21/2005   Customs ID        AMS Flight KE243  AMS Port ATL  AMS Date 07/21/2(

## CHARGES DUE

| | | | |
|---|---|---|---|
| Currency Conversion | JPY | * .009167584 | Payable To: |
| Terminal | $25.00 | | Alliance Air |
| HAWB | $0.00 | | Alliance Air |
| Collect | | | |
| Collect Fee | | | |
| Storage | $0.00 | | Alliance Air |
| Breakdown Fee | $0.00 | | Alliance Air |
| Miscellaneous Fee | $0.00 | | Alliance Air |
| Perishable Fee | $0.00 | | Alliance Air |
| TOTAL | $25.00 | | |

| MASTER AWB | PIECES | SLAC | WEIGHT (kgs) | STORAGE CHARGE | RECEIVED BY |
|---|---|---|---|---|---|
| 180-50276041 | 10/10 | 400 | 4078/4078.00 | $0.00 | |

| HAWB NO | Pieces | SLAC | Wgt(kgs) | Storage | Received By |
|---|---|---|---|---|---|
| HEI30020594 | 10 | 400 | 4078.0 | | |
| TOTALS: | 10 | 400 | 4078.0 | | |

SKID EXCHANGE IS REQUIRED

FAILURE TO DO SO WILL RESULT IN THE DRIVER HAVING TO FLOOR LOAD FREIGHT

*Track Your Shipments at: www.alliance-air.com*

180 | TYO | 5027 6041                                    180-5027 6041

| Shipper's Name and Address | | Not negotiable |
|---|---|---|
| HANKYU EXPRESS INT'L CO.,LTD. 795-15 IIZASA,SHIKAHOHARA, TAKO-MACHI,KATORIGUN,CHIBA 289-2231 TEL: 0479-78-4224 FAX: 0479-70-7733 CONTACT PERSON: MR. T.TAKEMURA | Shipper's Account Number | **Air Waybill** Issued by KOREAN AIR LINES CO.,LTD. C.P.O.BOX 864 41-3, SOSOMUN-DONG, Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| HANKYU INT'L TRANSPORT (USA),INC. 640 AIRPORT SOUTH PARKWAY,SUITE 200 ATLANTA, GA.30349 TEL:770-907-0061  TEL:770-907-0137 | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| HANKYU EXPRESS INT'L CO.,LTD. TOKYO,JAPAN | Claims for overcharges must be made in writing within one hundred and eighty (180) days from the date of issue of the air waybill. |

| Agent's IATA Code | Account No. |
|---|---|
| 16-3 0426/0991 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| TYO/ ICN |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICN | KE | | DFW | KE | | | JPY | | X | X | N.V.D. | |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE - If carrier offers insurance and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked Amount of Insurance. |
|---|---|---|---|
| ATLANTA | KE 224/21 | | |

Handling Information

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 10 | 4078.0 | K Q | | 4078.0 | 1,050 | 4,281,900 | CONSOLIDATED CARGO AS PER ATTACHED MANIFEST HEI:TYO-ATLSTA -0720 (   10 /    4078.0) (   400 SLAC) (        9.652 M3) |
| 10 | 4078.0 | | | | | 4,281,900 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 4,281,900 | | | |
| | Valuation Charge | | MY:146,808 SC:500 CG:150 |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| 147,458 | | | |
| | | | Signature of Shipper or his Agent |
| Total prepaid | Total collect | | |
| 4,429,358 | | | |
| Currency Conversion Rates | cc Charges in Dest. Currency | | 20 JUL 2005      TOKYO,JAPAN |
| | | | Executed on (date)        at (place)        Signature of Issuing Carrier or its Agent |
| For Carriers Use only at Destination | Charges at Destination | Total collect Charges | |

180-5027 6041

International Air Transport Association
CASS Japan
IATA
OPPAN FORMS CO.,LTD  0031500  01/00

# CARGO MANIFEST

## HANKYU EXPRESS INTERNATIONAL CO., LTD.

| | | |
|---|---|---|
| OWNER OR OPERATOR | MR. T.SASAYA | EID: 08:39/21 P |
| WB NO. | FLIGHT NO. KE 243/22 | DESTINATION ATLANTA |
| LINE KOREAN AIR LINES | ISSUED BY HANKYU | DATE 20 JUL 2005 |
| NSIGNED TO HANKYU INT'L TRANSPORT (USA), INC. | ORIGIN TOKYO | MANIFEST NO. TYO-ATLSTA -0720 |

| MARK | HAWB NO. | DESTI NATION | NO.of PACKAGES | GROSS WEIGHT | NATURE OF GOODS | COLLECT CHG. OF HAWB JPY | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | HEI-3002 0594 YAT | ATL | 10 400 | 4,078.0 SLAC | VTC ASSY SLAC:400 | | |
| | GRAND TOTAL | | 10 | 4,078.0 | KGS. | NIL. | |

PREPARED BY    HANKYU   / T. MATSUMOTO    PAGE  1  OF        PAGES

# PICK UP ORDER/D.O.

HANKYU INTERNATIONAL TRANSPORT
640 AIRPORT SOUTH PARKWAY, SUITE 200
ATLANTA, GA. 30349

770 907-0061

| DATE |
|---|
| 07-22-05 |

| IMPORTING CARRIER | FROM PORT OF/ORIGIN AIRPORT | OUR REF. NUMBER | ARRIVAL DATE | FREE TIME EXP |
|---|---|---|---|---|
| KOREAN AIR LIN/255  TOKYO | | 312.6211893 | 07-24-05 | |

LOCATION OF MERCHANDISE
KOREAN AIRLINES C/O ALLIANCE SOUTH CARGO BLDG – 404 559-0244

**DELIVER TO**
UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE, GA. 30655
PHONE: 770-207-0050

THE CARRIER OR CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE.

IMPORTANT:    NOTIFY US AT ONCE IF DELIVERY CANNOT BE EFFECTED AS INSTRUCTED.

| BROKER/IMPORTER NAME | AUTHORIZED SIGNATURE | FREIGHT CHARGES |
|---|---|---|
| HANKYU INTERNATIONAL TRANSP or Noriko Mccrea | | ☒COD  ☒PREPAID  ☐COLLECT  ☐BANK RELEASE |

TRUCKING COMPANY NAME     ATL COURIER

DATE & SIGNATURE OF RECEIVER

IS AUTHORIZED TO PICK UP THE MERCHANDISE INDICATED BELOW.

| MARKS & NUMBERS | ENTRY NUMBER | PKGS BY ENTRY | IMPORTING CARRIER & BL OR AWB NO. | DESCRIPTION OF GOODS & WT. |
|---|---|---|---|---|
| HAWB: HEI30020793 | 610-6211893 | 280 | 180 5027-6235 | AUTOMOTIVE |
| HAWB: HEI30020594 | 6211888 | 400 | 180 5027-6041 | AUTOMOTIVE PARTS WT.=15284Lbs |

Goods Located At: KOREAN AIRLINES C/O ALLIANCE
SOUTH CARGO BLDG
ATLANTA, GA. 30349
PHONE: 404 559-0244

*SLAC 680*

*17 Crates*

*Dims*

*46 x 44 x 28.6*

ORIGINAL

*15284 LBS*

*☆ p/s pick-up 8am and delivery by 10am on 7/25*

*Thank you*

THE RECEIPT OF THIS DELIVERY ORDER WILL SERVE AS A PRELIMINARY NOTICE OF INTENT TO FILE CLAIM AGAINST THE IMPORTING CARRIER FOR ANY DAMAGE TO, AND/OR LOSS OF THE SHIPMENT WITH THE UNDERSTANDING THAT THE FINAL CLAIM WILL BE MADE BY THE IMPORTER OR THEIR INSURANCE COMPANY.

**PACKAGE COUNT VALIDATION**    DATE_____    NO. OF PKGS.

AGENT OF DELIVERING CARRIER_____    (NAME)    (TITLE)

DELIVERED QUANTITIES VERIFIED_____    (SIGNATURE OF U.S. CUSTOMS AND BORDER PROTECTION OFFICER)    (BADGE NO.)

U.S. CUSTOMS AND BORDER PROTECTION PERMIT    PKG. NOS. HELD BY U.S. CUSTOMS AND BORDER PROTECTION TO FOLLOW    ISO NO.
☐ ATTACHED    ☐ LODGED w/U.S. CUSTOMS & BORDER PROTECTION

DOCUMENTS ATTACHED    DELIVERY CHARGES
☐ DELIVERY ORDER    ☐ DOCK RECEIPT    ☐ B/L    PER

**DELIVERY CLERK: ALL DEMURRAGE FOR ACCOUNT OF DRAWEE OF THIS ORDER**

07/22/2005   13:13   HANKYU INTERNATIONAL → 4047663252                     NO.827   P001

# PICK UP ORDER/D.O.

HANKYU INTERNATIONAL TRANSPORT
640 AIRPORT SOUTH PARKWAY, SUITE 200
ATLANTA, GA. 30349

770 907-0061

| DATE | | | | |
|---|---|---|---|---|
| 07-22-05 | | | | |

| IMPORTING CARRIER | FROM PORT OF/ORIGIN AIRPORT | OUR REF. NUMBER | ARRIVAL DATE | FREE TIME EXP |
|---|---|---|---|---|
| KOREAN AIR LIN/255 | TOKYO | 312.6211893 | 07-24-05 | |

LOCATION OF MERCHANDISE
KOREAN AIRLINES C/O ALLIANCE SOUTH CARGO BLDG - 404 559-0244

**DELIVER TO:** UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE, GA. 30655
PHONE: 770-207-0050

THE CARRIER OR CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE.

IMPORTANT: NOTIFY US AT ONCE IF DELIVERY CANNOT BE EFFECTED AS INSTRUCTED.

| BROKER/IMPORTER NAME | AUTHORIZED SIGNATURE | FREIGHT CHARGES |
|---|---|---|
| HANKYU INTERNATIONAL TRANSP Noriko Mccrea | | ☐COD ☒PREPAID ☐COLLECT ☐BANK RELEASE |

| TRUCKING COMPANY NAME | ATL COURIER | DATE & SIGNATURE OF RECEIVER | NO. PKGS. REC'D |
|---|---|---|---|

IS AUTHORIZED TO PICK UP THE MERCHANDISE INDICATED BELOW.

| MARKS & NUMBERS | ENTRY NUMBER | PKGS BY ENTRY | IMPORTING CARRIER & B/L OR AWB NO. | DESCRIPTION OF GOODS & WT. |
|---|---|---|---|---|
| HAWB: HEI30020793 | 610-6211893 | 280 180 | 5027-5235 | AUTOMOTIVE |
| HAWB: HEI30020594 | 6211888 | 400 180 | 5027-6041 | AUTOMOTIVE PARTS WT.=15284Lbs |

Goods Located At: KOREAN AIRLINES C/O ALLIANCE
SOUTH CARGO BLDG
ATLANTA, GA. 30349
PHONE: 404 559-0244

*SLAC: 680*

*17 Crates*

*Dims*

*46 x 44 x 28.6*

*15284 LBS*

ORIGINAL

⚹ *p/s pick up 8am and delivery by 10 am on 7/25*

*Thank you*

THE RECEIPT OF THIS DELIVERY ORDER WILL SERVE AS A PRELIMINARY NOTICE OF INTENT TO FILE CLAIM AGAINST THE IMPORTING CARRIER FOR ANY DAMAGE TO, AND/OR LOSS OF THE SHIPMENT WITH THE UNDERSTANDING THAT THE FINAL CLAIM WILL BE MADE BY THE IMPORTER OR THEIR INSURANCE COMPANY.

| PACKAGE COUNT VALIDATION | | DATE_____ | NO. OF PKGS. |
|---|---|---|---|

AGENT OF DELIVERING CARRIER_____ (NAME)   (TITLE)

DELIVERED QUANTITIES VERIFIED_____ (SIGNATURE OF U.S. CUSTOMS AND BORDER PROTECTION OFFICER)   (BADGE NO.)

| U.S. CUSTOMS AND BORDER PROTECTION PERMIT | PKG. NOS. HELD BY U.S. CUSTOMS AND BORDER PROTECTION TO FOLLOW | GO NO. |
|---|---|---|
| ☐ ATTACHED  ☐ LODGED w/U.S. CUSTOMS & BORDER PROTECTION | | |

| DOCUMENTS ATTACHED | | DELIVERY CHARGES | |
|---|---|---|---|
| ☐DELIVERY ORDER  ☐DOCK RECEIPT  ☐B/L | | PER | |

DELIVERY CLERK: ALL DEMURRAGE FOR ACCOUNT OF DRAWEE OF THIS ORDER

# Alliance Airlines Delivery Ticket

Delivery Date ·Time       07/25/2005 07:10

MAWB#                     180-50276041          Tally#      713385

Inbound Flight#           KE243

Flight Date:  07/21/2005

Consignee:   HANKYU INTL TRANSPORT U.S.A. I

Location:       1

| MAWB#<br>180-50276041 | HAWB#<br>HEI30020594 | PIECES<br>10<br>10 | KGS<br>4078.0<br>4078.0 | PICKUP BY<br>DAVID DHONDT | COMPANY<br>ATL EXP//DG |
|---|---|---|---|---|---|

ULD's Delivered with Freight

ABOVE SHIPMENT RECEIVED IN FULL AND APPARENT GOOD ORDER AND CONDITION EXCEPT AS NOTED.

Pickup Signature (Sign & Print):          10          Warehouse Signature (Sign & Print):

David Dhondt          1 crate dumped          8:47   M.J

Warehouse Supervisor (Sign & Print):       Office Signature (Sign & Print):

DGREEN





```
QD ATLFIKE
.SELFMKE 251207
CUSTOMS INFORMATION              FRI
HEI30020594                     400 P
EXPECTED                        400 P
RECEIVED                        400 P
EXAMINATED                        0 P
HOLDED                            0 P
IN-BOND AUTHORIZ.                 0 P
LOCAL TRANSF. AUTHORIZ            0 P    ...
AGT
TRN
        ASN/CSN INFORMATION


01 CSN
21/JUL      15.03
2H                              400 P
2. USDA(APHIS)    H. HOLD PLACED


02 CSN
21/JUL      21.01
1C                              400 P
1. USCS           C. ENTERED,GENERAL EXAMINATION
01 61062118882

03 CSN
22/JUL      13.54
2I                              400 P
2. USDA(APHIS)    I. HOLD REMOVED


JUL251208 ATI 147
@NNNN
```

09/14/2006 15:47 FAX                                                    ☒001

```
          *********************
          ***   TX REPORT   ***
          *********************

     TRANSMISSION OK

     TX/RX NO          3848
     CONNECTION TEL           917702070055
     SUBADDRESS
     CONNECTION ID
     ST. TIME          09/14 15:46
     USAGE T           01'05
     PGS. SENT            4
     RESULT            OK
```

 Sompo Japan Claim Services (America), Inc.

T W O   W O R L D   F I N A N C I A L   C E N T E R ,   4 3RD   F L O O R
2 2 5   L I B E R T Y   S T R E E T
N E W   Y O R K ,   N Y   1 0 2 8 1 - 1 0 5 8
P H O N E   ( 2 1 2 )   4 1 6 - 1 2 0 0
F A X       ( 2 1 2 )   4 1 6 - 1 4 7 7

## FACSIMILE TRANSMITTAL SHEET

TO: MS. AKIKO HOOVER                    FROM: MAIKO KIUCHI( FOR Christopher Perfect)
    UNISIA OF GEORGIA CORPORATION
    TEL: (770) 207-0050
    FAX: (770) 207-0055                     TEL: (212) 416-1325
                                            FAX: (212) 416-1477

DATE: SEPTEMBER 14, 2006

Total No. Of Pages With Cover Sheet: 4

| Our Claim No.: 0029050 | Your Ref. No.: UG507A15 |
| Invoice Number: UG507A15 | Conveyance: AIR |
| Policy No.: | Open Policy No.: OMC1044500 |

RE: CLAIM SETTLEMENT

Dear MS. AKIKO HOOVER

Attached please find our Statement of Adjustment for the above referenced claim.

Upon receipt of the signed agreement, we will place the claim in line for payment.

Thank you for your kind cooperation.

Best regards,

 Sompo Japan Claim Services (America), Inc.

TWO WORLD FINANCIAL CENTER, 43ʳᵈ FLOOR
225 LIBERTY STREET
NEW YORK, NY 10281-1058
PHONE (212) 416-1200
FAX   (212) 416-1477

## FACSIMILE TRANSMITTAL SHEET

TO: MS. AKIKO HOOVER                     FROM: MAIKO KIUCHI( FOR Christopher Perfect)
UNISIA OF GEORGIA CORPORATION
TEL: (770) 207-0050                           TEL: (212) 416-1325
FAX: (770) 207-0055                           FAX: (212) 416-1477

DATE: SEPTEMBER 14, 2006

Total No. Of Pages With Cover Sheet: 4

| | |
|---|---|
| Our Claim No.: 0029050 | Your Ref. No.: UG507A15 |
| Invoice Number: UG507A15 | Conveyance: AIR |
| Policy No.: | Open Policy No.: OMC104450O |

RE: CLAIM SETTLEMENT

Dear MS. AKIKO HOOVER

Attached please find our Statement of Adjustment for the above referenced claim.

Upon receipt of the signed agreement, we will place the claim in line for payment.

Thank you for your kind cooperation.

Best regards,

Maiko Kiuchi
Marine Claims Dept.

## Sompo Japan Claim Services (America), Inc.
Two World Financial Center, 43 rd Fl.
225 Liberty St.
New York, NY 10281
Tel (212)416-1200  Fax (212)416-1477

YR114M

 Sompo Japan Claim Services (America), Inc.

Page :  1
Date :  09/14/2006

1

### Statement of Adjustment

Claim # : 0029050
Assured Ref : UG507A15
Policy Assured : UNISIA OF GEORGIA CORPORATION
Consignee : UNISIA OF GEORGIA CORPORATION
Policy # :
Invoice # : UG507A15
Cargo : 2,400 PCS AUTOMOTIVE COMPONENT PARTS
KC : BREAKAGE
Accident Date : 07/20/05
Conveyance : AIR
From : TOKYO, JAPAN
Commence : 07/20/05
Examiner Name : C.Perfect

Open Policy # : OMC104450O

Transport # :
To : ATLANTA, GA
Arrival :

---

Payee Name : UNISIA OF GEORGIA CORPORATION
Payment Amount :          17,745.63     (USD)

---

Memo

  Sample Parts were sent to Japan for testing. After results of original claim were received which indicated that damage had occured to pieces,it was agree that the cost of further testing was unwarranted and that claim would be accepted.

Adjuster's Signature

**Form of Agreement**     (To be signed by the party or parties presenting the claim )
I/We confirm and agree to the statement of claim as set forth above, and further confirm that payment to me/us in accordance therewith shall be considered full and final settlement of my/our claim.

Signature _____

By _____

Title _____

Dated _____

**Sompo Japan Claim Services (America), Inc.**
**Statement of Adjustment (Details) for Internal**

YW116M
Page : 1
Date : 09/14/2006

Claimant Name : UNISIA OF GA. CORP.
Claimant Ref # : UGS07A.15
Claim # : 0029050
Surveyor Ref# :

Cargo : 2,400 PCS AUTOMOTIVE COMPONENT PARTS
Currency : USD
Conveyance : AIR
Insured For : 75,096.00

| SJCSA Ref # | Payment | Item # | Calculation and/or Description | Survey Fee / Survey Expense | Sub-Agent Fee / Sub-Agent Expense | Agent Fee / Agent Expense | Attorney Fee / Attorney Expense | Fee Total / Expense Total | SJCSA Fee (USD) / SJCSA Expense (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 0029050-1-1 | 17,745.63 | 1 Crate VTC Assembly.B1302542 | 40 Cns.240 pcs@31.29/each-$7,509.60<br>40 Cns.240 pcs@31.29/each-$7,509.60<br>ST-$15,019.20<br>Plus 15%-$2,252.88<br>Total Parts-$17,272.08<br>Agreed Freight (Proportion)to send to Japan40/120 pcsx$1,435.67-$478.57<br>GT-$17,745.63 | 496.17<br>86.88 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | 18,241.80<br>86.88 | 0.00<br>0.00 |
| Total : | 17,745.63 | | | 496.17<br>86.88 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | 18,241.80<br>86.88 | 0.00<br>0.00 |

Sompo Japan Claim Services (America), Inc.
Statement of Adjustment (Details)

YW164M
Page : 1
Date : 09/14/2006

Claimant Name : UNISIA OF GA. CORP.
Claimant Ref # : UGS07A.15
Claim # : 0029050
Surveyor Ref # :

Cargo : 2,400 PCS AUTOMOTIVE COMPONENT PARTS
Currency : USD
Conveyance :
Insured For :     75,096.00

| SJCSA Ref # | Claimant Ref # | Policy No. | Goods | Conveyance/Carrier | Voyage From | B/L. No. | Nature of Loss | Claim Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Voyage To | B/L. Date | | |
| 0029050-1-1 | UGS07A.15 | OMC10443500 | 1 Crate VTC Assembly.B13 | | | | BENDING,DENTING | 17,745.63 |

Calculation and/or Description
Invoice UGS07A.15
40 Ctns.240 pcs@31.29/each-$7,509.60
40 Ctns.240 pcs@31.29/each-$7,509.60
ST-$15,019.20
Plus 15%=$2,252.88
Total Parts=$17,272.08
Agreed Freight (Proportion)to send to Japan40/120 pcsx$1,435.67=$478.57
GT-$17,745.63

Total :        17,745.63

MAY. 26. 2006  2:30PM    UNISIA

—————    ————NO. 539——P. 1———



UNISIA OF GEORGIA CORPORATION
1000 Unisia Drive
Monroe, GA 30655-5210
Tel (770) 207-0050
Fax (770) 207-0055

GEORGIA, U.S.A.

Post-it® Fax Note    7671    Date 5/26/06  # of pages ► 15
To Christopher Perfect    From Chawnilla Pignataro
Co./Dept. Soupo Japan    Co. Unisia of Georgia
Phone # (212) 416-9325    Phone # (770) 207-0050
Fax # (212) 416-1477    Fax # (770) 207-0055

May 26, 2006

VeriClaim
22 Perimeter Center East, Suite 2231
Atlanta, GA 30346

Attn. Mr. John Venneman

RE: Claim for VTC Assy (B1302542501) Shipment

Dear Mr. John Venneman,

I would like to inform you about the results of our company analysis on the claim of reference. The following shipments were affected:

| Invoice # | Quantity | Cost |
|---|---|---|
| UG510A12 | 240 pcs. | $ 7,509.60 |
| UG507A15 | 480 pcs. | $15,019.20 |
| UG509A13 | 480 pcs. | $15,019.20 |
| Total | 1200 pcs. | $37,548.00 |

The value of goods affected totals $37,548.00. Please find attached the back-up documentation.

In addition, as per your request, we have sent out a sample of 120pcs. to Japan for testing purposes, involving freight cost of $1,435.67.

These parts are made of powder-metal materials, which provide them with friction-resistant properties. They are not intended to work under impact conditions. Therefore, any external impact can easily produce cracks throughout them, causing them to be defective. Based on the aforementioned, we expect testing results to show a high failure rate.

In addition, if we were to find at least 1 failed part, we would require to test 100% of the remaining, in order to determine whether they are functionally acceptable. The additional cost involved would be $27,400.00, which includes testing equipment, labor cost and round-trip air freight. Please see attachment for details.

We look forward to receiving your company's definition on this matter at your earliest convenience.

I remain at your disposition for any concerns that you may have.

Sincerely,

Akiko Hoover
Purchasing Assistant Manager
UNISIA OF GEORGIA CORPORATION

Detail of testing cost

VTC Assy  (B1302542501) Invoice# UG510A12(240pcs), UG507A15 (480pcs), UG509A13 (480pcs)

| Test items | min/pc | Labor rate | Cost/pc | Qty to be tested | Total cost |
|---|---|---|---|---|---|
| 1) Visual Examination | 1.5 | | | | |
| 2) Dimensinal Check | 10.5 | | | | |
| 3) Hydraulic performance test | 2.5 | | | | |
| 4) Remove excess oil | 0.5 | | | | |
| Total | 15 | $0.80 | $12.00 | 1200 | $14,400.00 |

Equipment Explanation

| Hydraulic performance tester | In order to check performace and fuction of the part (VTC) as actual engine works, the part is set as the part performs in the engine by supplying oil to the part. |
|---|---|

Air freight cost round trip
        $13,000

| Total expense | $27,400.00 |
|---|---|

MAY. 26. 2006  2:32PM    UNISIA    *JAFA* JAPAN AIRCARGO FORWARDERS ASSOCIATION    NO. 539    P. 12

067

| HEI | 3002 0594 | HITATL/ATL STA 20050720 /Y W | HEI-3002 0594 |

Shipper's Name and Address
HITACHI, LTD.
P.I.C.:SHIMANO TEL.046-225-8292
6-6, MARUNOUCHI 1-CHOME
CHIYODA-KU, TOKYO 100-8280, JAPAN

Shipper's Account Number

Not Negotiable
**Air Waybill**
Issued by HANKYU EXPRESS INTERNATIONAL CO., LTD.
10-1,4-CHOME,SHIBA,MINATO-KU,
TOKYO 108-0014, JAPAN

Consignee's Name and Address
UNISIA OF GEORGIA CORPORATION

1000 UNISIA DRIVE MONROE,
GA 30655-5210 U.S.A.

Consignee's Account Number

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.
It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Name and City
HANKYU EXPRESS INTERNATIONAL
CO., LTD.          YOKOHAMA,JAPAN
TAKAHASHI KEI

Accounting Information
MAWB NO: 180-5C276041
NOTIFY:
SAME AS CONSIGNEE
PHONE : 770-207-0050
FAX : 770-207-0055

Airport of Departure (Addr. of First Carrier) and Requested Routing
TOKYO                              ICN/DFW

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
| ICN | HEI | | | DFW IKE | | | JPY | | X | X | N.V.D. | |

Airport of Destination
ATLANTA          KE 224/21 KE 243/22

Requested Flight/Date
Amount of Insurance

INSURANCE - If shipper requests insurance in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information
400 CTNS SLAC LOADED: TTL SLAC 400 CTNS
(10) RETURN CRATES          SLAC:400

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
| 10 | 4078.0 | Q | | | 4078.0 | 1,050 | 4,281,900 | AUTOMOTIVE COMPONENT PARTS ※※※※※※※※※※※※※※※ |

MARK : UIG.C.
       ATLANTA
       G/NO.C1-C10
       MADE IN JAPAN

INV NO.:HG507A15

ORIGIN :JAPAN
FREIGHT:PREPAID

| 10 | 4078.0 | | | | | 4,281,900 | M3          9.652 |

| Prepaid | Weight Charge | Collect |
| 4,281,900 | | |

Other Charges
N'T:1,608.6KGS MYC:146,8C8 SCC:20C
CG:1,000
DIMS(CM)  117X113X 73:  10

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier
148,008

Shipper certifies that the particulars on the face hereof are correct and agrees to THE CONDITIONS ON THE REVERSE HEREOF.

Hitachi, Ltd., Automotive Systems
M. Nishimura
COMPORNENTS LOGISTICS CONTROL GR.
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
| 4,429,908 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |

For Carrier's Use only

| Charges at Destination | Total Collect Charges |

Carrier certifies that the goods described hereon are accepted for carriage subject to THE CONDITION OF CONTRACT ON THE REVERSE HEREOF, the goods then being in apparent good order and condition except as noted hereon.

20 JUL 2005  YOKOHAMA, JAPAN
Executed on (date)      at (place)      Signature of Issuing Carrier

JAFA

JAPAN AIRCARGO FORWARDERS ASSOCIATION

PAN FORMS CO.,LTD.

MAY. 26. 2006  2:32PM    UNISIA                    NO. 539    P. 10

# Hitachi ,Ltd.

6-6, Marunouchi 1 - chome
chiyoda-ku, Tokyo 100-8280, Japan
Tel. :Tokyo (03) 3258-1111

FACS  : 046-225-8052
PHONE : 046-225-8292

No.  UG507A15        Date  JUL 18, 2005

| Consigned to Messrs : | | |
|---|---|---|
| UNISIA OF GEORGIA CORPORATION | | |
| 1000 UNISIA DRIVE | PHONE : 770-207-0050 | |
| MONROE, GA 30655-6210 | FAX : 770-207-0055 | |
| U.S.A. | | |

## INVOICE & PACKING LIST

Shipped By;      Hitachi, Ltd.
    1370 Onna, Atsugi-shi
    Kanagawa-ken 243-8510 Japan

Payment :        CASH, 90 DAYS FROM THE LAST DAY
                 OF THE MONTH ISSUING B/L.
Order No. & Date.    87397  APR. 22, 2005    87422  APR. 29, 2005
                     87399  APR. 22, 2005

Sales note NO.

Shipped per : AIRCRAFT
About :     JUL. 21, 2005
From :      TOKYO
To :        ATLANTA
Via :

| Marks & No. | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| U. G. C. | AUTOMOTIVE COMPONENT PARTS | | FOB | JAPANESE  PORT |
| | | | | U. S.  $ |
| ATLANTA | | | | |
| C/NO. C1-C10 | | | | |
| MADE IN JAPAN | | | | |
| C/NO. | | Q'TY | U. S. $ | U. S. $ |
| C1-C10 | | 2, 400    PCS | | 75, 096. 00 |
| TOTAL : 10 RETURN CRATES    ( 400 CARTONS) | | 2, 400    PCS | U. S. | $75, 096. 00 |

    - FREIGHT PREPAID  -

N/Wt.  3, 408. 00 KGS.
G/Wt.  4, 078. 00 KGS.

Hitachi , Ltd.

*M. Nishimura*

M NISHIMURA - Manager
Production Planning Dept.
Manufacturing Div.
2nd Business management Div.

INVOICE & PACKING LIST ATTACHED SHEET

Invoice No. U0607A15

Hitachi Ltd.          Page 1

| Order No. | C/NO. | CTN/N | PARTS NO. | | QUANTITY pcs/kg | N/Wt. kgs. | G/Wt. kgs. | U/Price | Amount | MAKER PARTS NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 87387 87398 | C1 | 87422 | B1302542501 B1302542501 40 CARTONS | VTO ASSY VTO ASSY | 36 PCS 204 PCS 240 PCS | 51.12 289.68 340.80 | 407.80 | $31.29 $31.29 | $1,126.44 $6,383.16 $7,509.60 | |
|  | 1 RETURN CRATE |  |  |  |  |  |  |  |  | |
| 87422 87399 | C2 |  | B1302542501 B1302542501 40 CARTONS | VTO ASSY VTO ASSY | 204 PCS 36 PCS 240 PCS | 289.68 51.12 340.80 | 407.80 | $31.29 $31.29 | $6,383.16 $1,126.44 $7,509.60 | |
| 87422 | 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C5 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C6 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C7 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C8 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C9 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| 87422 | C10 1 RETURN CRATE |  | B1302542501 40 CARTONS | VTO ASSY | 240 PCS 240 PCS | 340.80 340.80 | 407.80 | $31.29 | $7,509.60 $7,509.60 | |
| TOTAL | 10 RETURN CRATES | 400 CARTONS | | | 2,400 PCS | 3,408.00 | 4,076.00 | U.S. TOTAL | 75,096.00 | |

MAY. 26. 2006  2:30PM    UNIS'''                                    NO. 539    P. 1

**UNISIA OF GEORGIA CORPORATION**
1000 Unisia Drive
Monroe, GA 30655-6210
Tel (770) 207-0050
Fax (770) 207-0055

GEORGIA, U.S.A.

Post-it® Fax Note  7671   Date 5/26/06  # of pages ► 15
To Christopher Perfect   From Chamilla Pignataro
Co./Dept. Soupo Japan   Co. Unisia of Georgia
Phone # (212) 416-9325   Phone # (770) 207-0050
Fax # (212) 416-1477   Fax # (770) 207-0055

May 26, 2006

VeriClaim
22 Perimeter Center East, Suite 2231
Atlanta, GA 30346

Attn. Mr. John Venneman

RE: Claim for VTC Assy (B1302542501) Shipment

Dear Mr. John Venneman,

I would like to inform you about the results of our company analysis on the claim of reference. The following shipments were affected:

| Invoice # | Quantity | Cost |
|-----------|----------|------|
| UG510A12 | 240 pcs. | $ 7,509.60 |
| UG507A15 | 480 pcs. | $15,019.20 |
| UG509A13 | 480 pcs. | $15,019.20 |
| Total | 1200 pcs. | $37,548.00 |

The value of goods affected totals $37,548.00. Please find attached the back-up documentation.

In addition, as per your request, we have sent out a sample of 120pcs. to Japan for testing purposes, involving freight cost of **$1,435.67**.

These parts are made of powder-metal materials, which provide them with friction-resistant properties. They are not intended to work under impact conditions. Therefore, any external impact can easily produce cracks throughout them, causing them to be defective. Based on the aforementioned, we expect testing results to show a high failure rate.

In addition, if we were to find at least 1 failed part, we would require to test 100% of the remaining, in order to determine whether they are functionally acceptable. The additional cost involved would be **$27,400.00**, which includes testing equipment, labor cost and round-trip air freight. Please see attachment for details.

We look forward to receiving your company's definition on this matter at your earliest convenience.

I remain at your disposition for any concerns that you may have.

Sincerely,

Akiko Hoover
Purchasing Assistant Manager
UNISIA OF GEORGIA CORPORATION

Detail of testing cost

VTC Assy  (B1302542501) Invoice# UG510A12(240pcs), UG507A15 (480pcs), UG509A13 (480pcs)

| Test items | min/pc | Labor rate | Cost/pc | Qty to be tested | Total cost |
|---|---|---|---|---|---|
| 1) Visual Examination | 1.5 | | | | |
| 2) Dimensinal Check | 10.5 | | | | |
| 3) Hydraulic performance test | 2.5 | | | | |
| 4) Remove excess oil | 0.5 | | | | |
| Total | 15 | $0.80 | $12.00 | 1200 | $14,400.00 |

Equipment Explanation

| Hydraulic performance tester | In order to check performace and fuction of the part (VTC) as actual engine works, the part is set as the part performs in the engine by supplying oil to the part. |
|---|---|

Air freight cost round trip
        $13,000

| Total expense | $27,400.00 |
|---|---|