# EXHIBIT A (Continued Part 1)

MAY. 26. 2006  2:31PM    UNIS''
NOV. 7. 2005  1:52PM     UN..IA

NO. 539   P. 4
NO. 202   P. 2



## SHIPPING INVOICE

SHIP PER HANKYU INTERNATIONAL

ATLANTA
TO: TOKYO

11/7/2005

CONSIGNED TO
HITACHI AUTOMOTIVE SYSTEMS
2849 IIYAMA
ATSUGISHI KANAGAWA-KEN
249-0213 JAPAN
ATTN: MR. PF3 MR. ISHIBASHI

Tel: 011-81-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

| C/No | Description | | COUNTRY OF ORIGIN | QTY | U/M | UNIT PRICE | TOTAL VALUE |
|------|-------------|--|-------------------|-----|-----|-----------|-------------|
|      | Solenoid Valve | 23796N206 | JAPAN | 40 | EA | $9.00 | $360.00 |
|      | VTC SPROCKET | B1302542501 | JAPAN | 120 | EA | $25.00 | $3,000.00 |
|      |             |  |                   |     |     |           | $0.00 |
|      |             |  |                   |     |     |           | $0.00 |
|      |             |  |                   |     |     |           | $0.00 |
|      |             |  | Total Value       | 160 |     |           | $3,360.00 |

NON-COMMERCIAL VALUE
RETURN PARTS

## ALL CHARGE PREPAID

Number of PALLETS: 1
Gross Weight: 537LBS
DIMENSION: 43"X43"X28"

UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE GA 30655
USA
Tel: 770-207-0050
Fax: 770-207-0055

 Sompo Japan Insurance Company of America

Two World Financial Center, 43ʳᵈ Floor, 225 Liberty Street, New York, New York 10281   (212) 416-1200  fax (212) 416-1284

November 16, 2006

Korean Airlines
Attn:  Claims Dept.
4500 ASR Road, Building B, South Cargo Area
Atlanta, GA 30320

RE:     Our Claim Number:     0029050
        Shipper:              Hitachi, Ltd.
        Consignee:            Unisia of Georgia Corporation
        B/L:                  180-5027 6041
        B/L date:             7/20/05
        Flight:               KE 224/21 & KE 243/22
        Arrival Date:         7/22/05
        Shipment:             10 Pieces of Automotive Component Parts
        Claim Amount:         US $17,745.63

Dear Claims Dept.:

We are the insurance company subrogated to the rights of our insured, Unisia of Georgia
Corporation for above captioned claim in which our insured's shipment was damaged due to
breakage.  Please find attached a copy of our subrogation supports for our payment to our
insured for the damages arising from this loss totaling $17,745.63.  We therefore respectfully
request your remittance as soon as possible.

We greatly appreciate your prompt attention to this matter.  If you have any questions or need
further information, kindly contact me at (212) 416-1251.

Very truly yours,

Robert Larkin, SCLA, CSRP
Sompo Japan Ins. Co. of America
Two World Financial Center
225 Liberty Street, 43rd Floor
New York, NY 10281-1058
Telephone:    (212) 416-1251
Fax:          (212) 416-1283
e-mail:       rlarkin@sompo-japan-us.com

LETTER OF SUBROGATION

| | |
|---|---|
| TO: | Sompo Japan Insurance Company of America |
| SJCSA REF. NO: | 0029050 |
| INSURED: | UNISIA OF GEORGIA CORPORATION |
| POLICY NO.: | |
| OPEN POLICY NO.: | OMC104450O |
| B/L NO.: | HEI-30020594 |
| GOODS: | 2,400 PCS AUTOMOTIVE COMPONENT PARTS |
| VESSEL: | AIR |
| VOYAGE: | FROM: TOKYO, JAPAN |
| | TO    : ATLANTA, GA |
| TYPE OF LOSS: | BREAKAGE |
| CLAIM AMOUNT: | US$ 17,745.63 |

Dear Sirs:

In consideration of your paying us the above sum in settlement of the above claim, we hereby agree that you are subrogated to all our rights of recovery on account of any and all such loss of or damage to the subject matter insured by the above mentioned policy, and to execute all documents which may be necessary for authorizing you to make use of our name. And we undertake to render you every assistance in any action or actions you may be advised to take against the owners of the above-mentioned vessel or any other persons in respect of this loss. If called upon we will undertake such action or actions on your behalf, you holding us harmless against all costs, expenses and charges of said action or actions.

We also undertake to hand you any salvage that may be recovered as a result of said loss.

Yours faithfully,

Sam Stone
(Name)

_Sam Stone_
(Signature)

unsic of Georgia Corp
(Company)

Director of Administration
(Title)

9/25/06
(Date)

RECEIVED

OCT 0 3 2006

SJCSA - NY



**HANKYU** INTERNATIONAL TRANSPORT (USA), INC.

Atlanta Branch



ISO 9001: 2000 Certified

640 Airport South Parkway, Suite 200       PH: 770-907-0061
Atlanta, GA 30349                          FX: 770-907-0137

July 26, 2005

To: KOREAN AIRLINES
Attn:KEN
FAX: 404-766-3252

**PRELIMINARY CLAIM**

We hereby reserve the right to file a claim with you when ascertained in connection with
the following shipment.

~~MAWB# 180-50276041~~
**HAWB# HEI30020594**
**10 pc – 4,078 kgs**
CNEE: Unisia of Georgia Corporation
Description of Goods: Automotive Component Parts

**Kind of Claim: 1  Crates  DAMAGED**

Attached Document: A copy of deliver receipt with damage remark
***Please sign below and return this claim form to Hankyu Int'l Transport ATL***


*KOREAN AIRLINES*


_____

*Date*

_____


*Noriko McCrea*


*Hankyu Int'l Transport ATL*

# Alliance Airlines Delivery Ticket

**Delivery Date Time**      07/25/2005 07:10

**MAWB#**      180-50276041      **Tally#**      713385

**Inbound Flight#**      KE243      **Flight Date:**   07/21/2005

**Consignee:**   HANKYU INTL TRANSPORT U.S.A. I

**Location:**      1

| MAWB# | HAWB# | PIECES | KGS | PICKUP BY | COMPANY |
|-------|-------|--------|-----|-----------|---------|
| 180-50276041 | HEI30020594 | 10 | 4078.0 | DAVID DHONDT | ATL EXP//DG |
|  |  | 10 | 4078.0 |  |  |

**ULD's Delivered with Freight**

ABOVE SHIPMENT RECEIVED IN FULL AND APPARENT GOOD ORDER AND CONDITION EXCEPT AS NOTED.

**Pickup Signature (Sign & Print):**

David Dhondt    1 crate dumped    10

**Warehouse Signature (Sign & Print):**

8:47    m.j

**Warehouse Supervisor (Sign & Print):**

**Office Signature (Sign & Print):**

DGREEN

file:///C|/Documents and Settings/Administrator/Local Settings/Temporary Internet Files/OLK29F/149709B.jpg

**ATL Courier / ATL Express**

P.O. Box 941279 • Atlanta, Georgia 31141
Phone: (770) 449-5880 • 1 (800) 949-4285 • Fax (770) 449-5898

| Driver # | ATL Control # |
|---|---|
| 201 | 149709 |
| Date | Customer Ref # |
| 7-25-05 | 312.6211893 |

| Shipper | Korea Air / Hankyu | Consignee | Univison of GA Co. |
|---|---|---|---|
| Address | | Address | 1000 Univison Dr |
| Address | | Address | |
| City | Atlanta | St GA | Zip 30341 | City | Monroe | St GA | Zip 30655 |

| Pcs | 1 | Weight | 5264 | Description | Auto parts | Dim L | W | H |
|---|---|---|---|---|---|---|---|---|

Special Instructions: 160-5021-6236
160-5021-1709

Declared Value                    COD                    David L Carey
                                                          (spelled spinner)

In the event that no value is declared and no value charge paid, then the carrier will be responsible for no more that $0.50 per pound if lost or damaged cargo or $50.00 per shipment as provided by item 2 on back hereof. Should shipper declare a value, then shipper shall pay a value charge of $0.65 per hundred dollars declared or $15.00, whichever is greater.
Shipper acknowledges that they have read and understood both sides of this waybill. Shipper by their signature agrees to be bound by all of its items.

**All Charges are Billed to the Calling Party.
No Third Party Billing Accepted.**
*Exceptions

| Shippers Signature | | Date | Time |
|---|---|---|---|
| Drivers Signature/# | | Date 7-25-05 | Time 0900 |
| Consignee Sig = Rec'd In Good Order Except As Noted Above | | | |
| Consignee Print Name | David Carey | Date 25-05 | Time 1130 |

WHITE ATL        **THANK YOU FOR USING ATL COURIER / ATL EXPRESS**        YELLOW CUSTOMER

file:///C|/Documents and Settings/Administrator/Local Settings/Temporary Internet Files/OLK29F/149709B.jpg 7/26/2005 2:09:18 PM



A                                                                    067

| HEI | 3002 0594 | HITATI/ATL STA | 20050720 /X | W | HEI-3002 0594 |

**Shipper's Name and Address** — Shipper's Account Number

HITACHI,LTD.
P.I.C.:SHIMANO  TEL:046-225-8292
6-6, MARUNOUCHI 1-CHOME
CHIYODA-KU, TOKYO 100-8280, JAPAN

**Not negotiable**
**Air Waybill**
Issued by HANKYU EXPRESS INTERNATIONAL
CO.,LTD.
10-1,2-CHOME, SHIBA, MINATO-KU,
TOKYO 105-0014, JAPAN

**Consignee's Name and Address** — Consignee's Account Number

UNISIA OF GEORGIA CORPORATION

1000 UNISIA DRIVE MONROE,
GA-30655-5210 U.S.A.

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Name and City**

HANKYU EXPRESS INTERNATIONAL
CO.,LTD.      YOKOHAMA,JAPAN
TAKAHASHI KEI

**Accounting Information**      NAAB NO: 180-50270041

NOTIFY:
SAME AS CONSIGNEE
PHONE : 770-207-0050
FAX : 770-207-0055

**Airport of Departure (Addr. of First Carrier) and Requested Routing**

TOKYO                                      ICN/OPU        3/2-621888

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICN | HEI | | | | | JPY | | | | N.V.D. | N.V.D. |

**Airport of Destination** — Requested Flight/Date

ATLANTA    KE 224/21KE 243/22

**Amount of Insurance** — If shipper requests insurance in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

**Handling Information**

400 CTNS SLAC LOADED: TTL SLAC 400 CTNS
(10) RETURN CRATES      SLAC:400

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 10 | 4078.0 | K | Q | 4078.0 | 1,050 | 4,281,900 | AUTOMOTIVE COMPONENT PARTS ************************* |
| | | | | | | | MARK : U.G.C. ATLANTA C/NO. C1-C10 MADE IN JAPAN |
| | | | | | | | INV NO.:UG507A15 |
| | | | | | | | ORIGIN :JAPAN FREIGHT:PREPAID |
| 10 | 4078.0 | | | | | 4,281,900 | M3 : 9.652 |

| Prepaid | Weight Charge | Collect | | N.WGT:1,608.6KGS  NVC:146,808 SCC:200 |
|---|---|---|---|---|
| 4,281,900 | | | | CG:1,000 DIMS(CM)  117X113X 73: 10 |

| Valuation Charge |
|---|

| Tax |
|---|

| Total other Charges Due Agent |
|---|

Shipper certifies that the particulars on the face hereof are correct and agrees THE CONDITIONS ON THE REVERSE HEREOF.

| Total other Charges Due Carrier |
|---|
| 146,808 |

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 4,429,908 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

Carrier certifies that the goods described herein are accepted for carriage subject to the CONDITION OF CONTRACT ON THE REVERSE HEREOF, the goods then being in apparent good order and condition except as noted hereon.

20 JUL 2005   YOKOHAMA, JAPAN

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

(Executed on (date)   at (place)   Signature of Issuing Carrier

NO. 4692  -P. 2/4

INVOICE & PACKING LIST ATTACHED SHEET

Invoice No. UG907A15

Hitachi Ltd.　　Page 1

8481.40.4080

| Order No. | O/NO. | GTN/No. | PARTS NO. | | QUANTITY pcs/kg | N/Wt. kgs. | G/Wt. kgs. | U/Price | Amount | MAKER PARTS NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 87397 | G1 | | B1302542501 | VTG ASSY | 36 PCS | 51.12 | | $31.29 | $1,126.44 | |
| 87399 | | | B1302542501 | VTG ASSY | 204 PCS | 289.68 | 407.80 | $31.29 | $6,383.16 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G2 | 87422 | B1302542501 | VTG ASSY | 204 PCS | 289.68 | | $31.29 | $6,383.16 | |
| 87399 | | | B1302542501 | VTG ASSY | 36 PCS | 51.12 | 407.80 | $31.29 | $1,126.44 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G3 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G4 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G5 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G6 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G7 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | C8 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | C9 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| 87422 | G10 | | B1302542501 | VTG ASSY | 240 PCS | 340.80 | | $31.29 | $7,509.60 | |
| 1 RETURN CRATE | | 40 CARTONS | | | 240 PCS | 340.80 | 407.80 | $31.29 | $7,509.60 | |
| TOTAL | 10 RETURN GRATES | 400 CARTONS | | | 2,400 PCS | 3,408.00 | 4,078.00 | U.S. TOTAL | 76,096.00 | |

# Hitachi ,Ltd.

6-6, Marunouchi 1 - chome
chiyoda-ku, Tokyo 100-8280, Japan
Tel. :Tokyo (03) 3258-1111

FACS. :046-225-8052
PHONE :046-225-8292

No. UG567A15          Date JUL 18, 2005

| | |
|---|---|
| Consigned to Messrs :<br>UNISIA OF GEORGIA CORPORATION<br>1000 UNISIA DRIVE          PHONE : 770-207-0050<br>MONROE, GA 30655-5210     FAX : 770-207-0055<br>U.S.A. | **INVOICE & PACKING LIST**<br>Shipped By:    Hitachi, Ltd.<br>1370 Onna, Atsugi-shi<br>Kanagawa-ken 243-8510 Japan |
| Payment:          CASH 90 DAYS FROM THE LAST DAY<br>OF THE MONTH ISSUING B/L.<br>Order No. & Date.    87897  APR 22, 2005  87422  APR. 29, 2005<br>87399  APR. 22, 2005 | Shipped per: AIRCRAFT<br>About:          JUL. 21, 2005<br>From:          TOKYO<br>To:          ATLANTA<br>Via: |
| Sales note NO. | |

| Marks & No. | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| U.G.C.<br><br>ATLANTA<br>C/NO. C1-C10<br><br>MADE IN JAPAN<br><br>C/NO. | AUTOMOTIVE COMPONENT PARTS<br><br><br><br><br><br>Q'TY | | FOB  JAPANESE  PORT<br>U.S. $<br><br><br><br>U.S. $ | U.S. $ |
| C1-C10 | | 2,400    PCS | | 75,096.00 |
| TOTAL : 10 RETURN CRATES    ( 400 CARTONS) | | 2,400    PCS | | U.S.  $75,096.00 |

- FREIGHT PREPAID -

N/Wt.  3,408.00 KGS.
G/Wt.  4,078.00 KGS.

Hitachi ,Ltd.

*M . nishimura*

M. NISHIMURA - Manager
Production Planning Dept.
Manufacturing Div.
2nd Business management Div.

09/1 SEP. 15. 2006 10:23AM    UNISIA                          NO. 966    P. 4

### Sompo Japan Claim Services (America), Inc.
Two World Financial Center, 43 rd Fl.
225 Liberty St.
New York, NY 10281
Tel (212)416-1200  Fax (212)416-1477

YR114M

Sompo Japan Claim Services (America), Inc.

Page : 1
Date : 09/14/2006
1

## *Statement of Adjustment*

            Claim # : 0029050
      Assured Ref : UG507A15
    Policy Assured : UNISIA OF GEORGIA CORPORATION
        Consignee : UNISIA OF GEORGIA CORPORATION
          Policy # :
          Invoice # : UG507A15                          Open Policy # : OMC104450
            Cargo : 2,400 PCS AUTOMOTIVE COMPONENT PARTS
              KC : BREAKAGE
    Accident Date : 07/20/05
       Conveyance : AIR                          Transport # :
             From : TOKYO, JAPAN                         To : ATLANTA, GA
        Commence : 07/20/05                          Arrival :
    Examiner Name : C.Perfect

```
     Payee Name : UNISIA OF GEORGIA CORPORATION
     Payment Amount :          17,745.63    (USD)
```

Memo
    Sample Parts were sent to Japan for testing. After results of original claim were received which indicated that
    damage had occurred to pieces,it was agree that the cost of further testing was unwarranted and that claim would be
    accepted.

                                        Adjuster's Signature _____

**Form of Agreement**        (To be signed by the party or parties presenting the claim )
I/We confirm and agree to the statement of claim as set forth above, and further confirm that payment to me/us in
accordance therewith shall be considered full and final settlement of my/our claim.

            Signature _____
            By   AKIKO  Hoover
            Title  Purchasing  Manager
            Dated  9/15/2006

Claim# 0029050 - OMC - NY - 1    Direct : Direct    Rec Status : Possible    Examiner : C.Perfect

Principal : SJI AMERICA    Survey : YES    Agent :    Sub Agent :

Claimant : 657    UNISIA OF GA. CORP.    UG507A15

Cargo : 2,400 PCS AUTOMOTIVE COMPONENT PARTS    KC Description : BREAKAGE

Conveyance : AIR    Received Check Amount

Loss : 18,000.00    Expense (Normal/ Allocated) 750.00    0.00

Recovery
○ Impossible
◉ Possible
○ Anticipated
○ Already Obtained

☐ Loss    ☐ Rec
☐ SA/F    ☐ Attorney
☐ S/F    ☐ SJCSA

Payment Currency USD    Rate :    Calc

☐ Reserve Clear

| | Fee : | Expense : | Payee : | Local Fee : | Local Expense : |
|---|---|---|---|---|---|
| Payment | 17,745.63 | | UNISIA OF GA. CORP. | 0.00 | ☐ Additional Payment |
| Surveyor | 496.17 | 86.88 | V.C. ATLANTA | 0.00 | 0.00 |
| Sub Agent | 0.00 | 0.00 | NA | 0.00 | 0.00 |
| Agent | 0.00 | 0.00 | NA | 0.00 | 0.00 |
| Attorney | 0.00 | 0.00 | NA | 0.00 | 0.00 |
| Total | 18,241.80 | 86.88 | | 0.00 | 0.00 |
| SJCS: | 0.00 | 0.00 | Fee Calc | | |

Memo : Sample Parts were sent to Japan for testing. After results of original claim were received which indicated that
damage had occured to pieces,it was agree that the cost of further testing was unwarranted and that claim would be

All Clear    Print    Save    Next Ref #    Entry    Exit



**VeriClaim**
Providing claims services for the insurance industry since 1918
a member of
vrs uniϿverse

22 Perimeter Center East, Suite 2231
Atlanta, Georgia 30346
Phone: 770-392-0058 Fax: 770.394.5321

## MARINE CARGO SURVEY REPORT NO. ATL0242500/TMS/JRV

Examined For The Account Of Whom It May Concern

At The Request Of        Sompo Japan Claims Services (America), Inc.
                         2 World Financial Center
                         43 Floor
                         New York, NY 10281

                         Attn: Christopher Perfect
                         Your file No. 003211

RE:  Conveyance      :   Korean Airline Flights 224 & 243
     Arrival         :   Atlanta, GA July 22, 2005 at 2320 hours
     Bill of Lading  :   180-5027 6041
     Container No.   :   Not Applicable
     Shipment        :   10 Pieces Automotive Component Parts
     Assured         :   Unisia of Georgia, Corporation 100 Unisia Dr., Monroe, GA
                         30655
     Policy No.      :   Not Advised

**THIS IS TO CERTIFY THAT:**

The undersigned marine surveyor did as requested and conducted survey of the above referenced cargo reported as being delivered with physical damage and has to report as follows.

**BACKGROUND:**

Survey was requested on October 21, 2005 by Christopher Perfect representing Sompo Japan Claim Services acting as Marine Insurance Adjusters.

Based on the preliminary information provided to us, this loss was estimated to be in the approximate amount of $16,000. It was reported that the stated shipment had suffered physical damage in transit.

**SHIPMENT PARTICULARS:**

**Shipment:**      10 Pieces Automotive Component Parts

**Invoice No.:**   UG507A15 dated July 21, 2005 in the amount of $75,096

**Shipper:**       Hitachi Ltd.

**Consignee:**     Unisia of Georgia

 **VeriClaim**                    ATL05242500                          PAGE NO. 2

**Customer:**    Not Advised

## TRANSIT DETAILS:

According to the Hankyu Cargo website, the above referenced cargo was received in Tokyo Japan on July 20, 2005. The cargo departed Tokyo Airport on Korean Airlines Flight 224 which subsequently landed on July 21, 2005 at Inchon Airport in Korea. At 2215 hours on July 22, 2006 the subject cargo was aboard Korean Airlines flight 243 which arrived in Atlanta, GA on July 22, 2005 at 2220 hours. The cargo was then tendered to Alliance Airlines and was delivered by ATL Carriers/ATL Express.

## EXCEPTIONS:

Exceptions were taken on the Alliance Airlines delivery ticket as, "One crate dumped" and exception were taken on the ATL Carrier/ ATL Express bill of lading as "Two pallets flipped".

## SURVEY / INVESTIGATION FINDINGS:

**Attendance Date and Location:**

October 26, 2005 at Unisia of Georgia in Monroe, GA

**Parties in Attendance:**

- Akiko Hoover, Purchasing Assistant Manager for Unisia of Georgia
- John Venneman, Marine Surveyor for VeriClaim, Inc. representing cargo interest

**Narrative:**

We attended after being informed of this as well as two other losses and viewed all of the cargos at the same time.

In viewing the cargo at interest in this matter we noted for it to be marked as follows:

UGC
ATLANTA
CASE NUMBER C3C4
MADE IN JAPAN


CARTON 13025 42501
HV B13025 42501-01
VTCASSY PULLEY
LOT 5712.

 **VeriClaim**                    ATL05242500                    PAGE NO. 3

In viewing the cargo we noted for the cargo to be stowed in corregated fiberboard crates with plastic inner liners to keep the cargo separated. These cartons were placed into large wire mesh baskets for air transport.

The cargo at interest is the referred to as a cam shaft phaser, and this is used on the end of cam shafts to vary the timing in the automotive engines. Reportedly when the cargo arrived the cartons appeared to had been simply thrown into the basket and had suffered some damage to the packaging.

In opening a representative sample of the cargo we noted for the great majority of the cargo to visually appear to be in sound condition, however we were able to find some damages in the areas of gouging and breaking to the parts. We also noted light to moderate crushing to the cartons in question.

We were informed that these units could not be used as sound due to their being exposed to a heavy external force.

According to Ms. Hoover, this cargo could not be used as sound. We informed Ms. Hoover that in order for us to agree to the loss, the loss must be proven and duly demonstrated. We suggested that a representative sample be pulled from the shipment and forwarded onto Japan for testing. This would enable us to determine if damage to the units did indeed exist.

The goods were forwarded for testing and with the result being that out of 40 pieces, one piece failed. As this one piece failed, every single unit would have to be tested to ensure its usability for use as sound.

We were informed that the expense to test all the units included with this as well as the other two units amounted to $27,400, whereas the total cost of the units were $37,548. As the unit costs for testing was close the amount for replacement and the testing cost did not include the replacement costs of any parts that were to fail, it was our opinion that the matter should be considered a constructive total loss.

**DISPOSITION:**

This cargo will be disposed of on site.

**A SUMMARY OF THE LOSS:**

The extent of loss can be summarized as follows, subject to the terms and conditions of the policy of insurance:

| | |
|---|---|
| Bill of Lading No. | 180-5027 6041 |
| Shipment: | 10 Pieces Automotive Component Parts |
| Container No.: | Not Applicable |
| Per Unit Costs: | $31.29 |
| Quantity Sound: | 320 cartons |
| Quantity Damaged: | 80 |
| Type of Damage: | Physical damage due to dropping |

 **VeriClaim**                    ATL05242500                    PAGE NO. 4

Disposition:          Disposed of onsite
Extra Expenses:       None
                      Based on the information provided and conditions
                      noted at the time of our survey we find the above
                      expenses to be fair and reasonable.

## CAUSE OF DAMAGE:

Based on our investigation and the conditions noted at the time of our survey, we are of the opinion that the damage reported are the result of rough and/or careless handling of the cargo while in the care, custody and control of Korean Airlines and/or its agents.

## RECOVERY TABLE:

1.
| | |
|---|---|
| Name of Carrier: | Hankyu International Transport USA, Inc Atlanta Branch |
| Address: | 640 Airport South Parkway, Suite 200 Atlanta, GA 30349 |
| Notified: | Yes, on October 18, 2005 |
| Response: | Placed Delta on Notice |
| Delivery Documents: | Sited |
| Exceptions: | None taken |

2.
| | |
|---|---|
| Name of Carrier: | Korean Airlines |
| Address: | 4500 ASR Road Building B South Cargo Area, Atlanta, GA 30320 |
| Notified: | Yes, on July 26, 2005 by Hankyu International |
| Response: | None noted |
| Delivery Documents: | Delivery ticket and Way Bill with exceptions |
| Exceptions: | 1 crate dumped + 2 crates booked |

15 photographs depicting the conditions noted at the time of survey are attached herewith and made a part of this report.

All of our actions in this matter were without prejudice and subject to the terms and conditions of the policy of insurance.

**VeriClaim**

John Venneman
Marine Surveyor

Atlanta, GA
ATL05242500
JRV/tj