# EXHIBIT A (Continued Part 2)



























MAY. 26. 2006  2:30PM   UNISIA

# Hankyu Cargo

**INVOICE**

OK NO. 539 p.P. 3
Damaged Part
back to A52

HANKYU INTERNATIONAL TRANSPORT (USA), INC. ISO 9001: 2000 Certifi
CUSTOM HOUSE BROKER & FREIGHT FORWARDERS

CHB # 4497   FMC # 3944F

PLEASE REMIT TO:
HANKYU INTL TRANSPORT(USA)-NYC
P.O. BOX 827564
PHILADELPHIA, PA 19182-7564
FOR INQUIRY CONTACT: 770-907-0061 (ATL)

TO:

UNISIA OF GEORGIA CORPORATION
Attn: AKIKO HOOVER
1000 UNISIA DRIVE
MONROE, GA. 30655

INVOICE NO   : 313-04951-1

INVOICE DATE : 11/23/05

| SUB HOUSE B/L | | HOUSE B/L (HAWB) | | MASTER B/L (MAWB) | | CARRIER (VESSEL) | TERMS: NET30 |
|---|---|---|---|---|---|---|---|
| | | 313-04951 | | 13176371035 | | JAPAN AIRLINES INT'L CO. | |
| DEPARTURE/ARRIVAL | PIECES | WEIGHT | | N/T (M³) | | SHIPMENT | |
| 11/08/05 | 1 | 244.00 | | | | AUOT PARTS | |
| ENTRY NO. | | ENTRY DATE | FILE NO. | | ORIGIN/DESTINATION | | CUSTOMER NO. |
| 313-04951 | | 11/08/05 | 313-04951 | | ATL/NRT | | 11802 |
| SHIPPER | | | | CONSIGNEE | | | |
| UNISIA OF GEORGIA CORPORATION | | | | HITACHI AUTOMOTIVE SYSTEMS | | | |

| DESCRIPTION OF CHARGES | | AMOUNT |
|---|---|---|
| FREE HOUSE CHARGE | (12) | 478.52 |
| HANDLING CHARGE | (529) | 20.00 |

ATLANTA AIR EXPORT
640 AIRPORT SOUTH PARKWAY, SUITE 200
ATLANTA, GA 30349
Thanking you for your business!

**THANK YOU FOR USING OUR SERVICE**

PLEASE PAY THIS AMOUNT ➤

U.S. $

$498.52

HANKYU INTERNATIONAL TRANSPORT (USA), INC. has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984.
Upon request, we shall provide a detailed breakout of the components of all charges assessed and a true copy of each pertinent document relating to these charges.

**TERMS: PAYABLE UPON RECEIPT**
ALL SHIPMENTS HANDLED PURSUANT TO THE TERMS & CONDITIONS OF SERVICE AS STATED ON REVERSE SIDE

ORIGINAL INVOICE

Rev. 5-200x

MAY. 26. 2006  2:31PM    UNIS···                ———————    NO. 539    P. 5



# INVOICE

## HANKYU INTERNATIONAL TRANSPORT (USA), INC.
CUSTOM HOUSE BROKER & FREIGHT FORWARDERS

ISO 9001: 2000 Certified

CHB # 4497    FMC # 3944FN

PLEASE REMIT TO:
HANKYU INTL TRANSPORT(USA)-NYC
P.O. BOX 827564
PHILADELPHIA, PA 19182-7564
FOR INQUIRY CONTACT: 770-907-0061 (ATL)

TO:
UNISIA OF GEORGIA CORPORATION
Attn: AKIKO HOOVER
1000 UNISIA DRIVE
MONROE, GA. 30655

INVOICE NO   : 313.04951

INVOICE DATE : 11/10/05

TERMS: NET30

| SUB HOUSE B/L | HOUSE B/L (HAWB) 313.04951 | MASTER B/L (MAWB) 131/63/1035 | CARRIER (VESSEL) JAPAN AIRLINES INT'L CO, L |
|---|---|---|---|
| DEPARTURE/ARRIVAL 11/08/05 | PIECES 1 | WEIGHT 244.00 | WT (M³) | SHIPMENT AUDT PARTS |
| ENTRY NO. 313.04951 | ENTRY DATE 11/08/05 | FILE NO. 313.04951 | ORIGIN/DESTINATION ATL/NRT | CUSTOMER NO. 11802 |
| SHIPPER UNISIA OF GEORGIA CORPORATION | | CONSIGNEE HITACHI AUTOMOTIVE SYSTEMS | |

| DESCRIPTION OF CHARGES | | AMOUNT |
|---|---|---|
| EXPORT AIR FREIGHT (CONSOLIDATION) | (496) | 498.00 |
| EXPORT AIR HANDLING | (509) | 30.00 |
| TERMINAL CHARGE | (510) | 25.00 |
| EXPORT DECLARATION | (526) | 20.00 |
| PICK-UP CHARGE | (516) | 210.60 |
| FUEL SURCHARGE | (508) | 134.20 |
| SECURITY CHARGES | (507) | 24.40 |
| COMMUNICATION FEE | (25) | 4.95 |

ATLANTA AIR EXPORT
640 AIRPORT SOUTH PARKWAY, SUITE 200
ATLANTA, GA 30349
Thanking you for your business!

## THANK YOU FOR USING OUR SERVICE

PLEASE PAY THIS AMOUNT ➡

U.S.$
$937.15

HANKYU INTERNATIONAL TRANSPORT (USA), INC. has a policy against payment, solicitation,
or receipt of any rebate, directly or indirectly, which would be unlawful under the United States
Shipping Act, 1984.
Upon request, we shall provide a detailed breakout of the components of all charges assessed
and a true copy of each pertinent document relating to these charges.

TERMS: PAYABLE UPON RECEIPT
ALL SHIPMENTS HANDLED PURSUANT TO THE TERMS &
CONDITIONS OF SERVICE AS STATED ON REVERSE SIDE

ORIGINAL INVOICE

Rev. 8/2004

## SHIPPING INVOICE

SHIP PER  HANKYU INTERNATIONAL

ATLANTA
TO: TOKYO

CONSIGNED TO                                          11/7/2005
HITACHI AUTOMOTIVE SYSTEMS
2849 IIYAMA
ATSUGISHI KANAGAWA-KEN
243-0213 JAPAN
ATTN: MR. PF& MR. ISHIBASHI

Tel: 011-81-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

| C/No | Description | | COUNTRY OF ORIGIN | QTY | U/M | UNIT PRICE | TOTAL VALUE |
|------|-------------|--|-------------------|-----|-----|------------|-------------|
| | Solenoid Valve | 23796N200 | JAPAN | 40 | EA | $9.00 | $360.00 |
| | VTC SPROCKET | B1302542501 | JAPAN | 120 | EA | $25.00 | $3,000.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | Total Value | 160 | | | $3,360.00 |

NON-COMMERCIAL VALUE
RETURN PARTS

ALL CHARGE PREPAID

Number of PALLETS: 1
Gross Weight: 537LBS
DIMENSION: 43"X43"X28"

UNISIA OF GEORGIA CORPORATION
1000 UNISIA DRIVE
MONROE GA 30655
USA
Tel: 770-207-0050
Fax: 770-207-0055

Detail of testing cost

VTC Assy. (B1302542501) Invoice# UG510A12(240pcs), UG507A15 (480pcs), UG509A13 (480pcs)

| Test items | min/pc | Labor rate | Cost/pc | Qty to be tested | Total cost |
|---|---|---|---|---|---|
| 1) Visual Examination | 1.5 | | | | |
| 2) Dimensinal Check | 10.5 | | | | |
| 3) Hydraulic performance test | 2.5 | | | | |
| 4) Remove excess oil | 0.5 | | | | |
| Total | 15 | $0.80 | $12.00 | 1200 | $14,400.00 |

Equipment Explanation

| Hydraulic performance tester | In order to check performace and fuction of the part (VTC) as actual engine works, the part is set as the part performs in the engine by supplying oil to the part. |
|---|---|

Air freight cost round trip
    $13,000

| Total expense | $27,400.00 |
|---|---|