AFFIDAVIT OF SERVICE

STATE OF NEW YORK                 )
                                              ) ss.:

COUNTY OF NEW YORK          )

I, Eve Ayala, being duly sworn, states as follows: I am over 18 years of age, not a party to the within action, and reside in Brooklyn, New York. On January 24, 2008, I served the within Rule 26 Disclosure of Third-Party Defendant International Cargo Marketing Consultants, Inc. with Supporting Exhibit upon the person(s) or parties designated below by mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth herein.

TO:    Thomas M. Eagan, Esq.                     Kevin J. Philbin, Esq.
        Maloof Browne & Eagan LLC             Mendes & Mount, LLP
        411 Theodore Freund Avenue           750 Seventh Avenue
        Rye, New York 10580                  New York, New York 10019
        Attorneys for Plaintiff                  Attorneys for Defendant Hankyu Express International Co., Ltd.

        Andrew J. Harakas, Esq.
        Clyde & CO US LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174
        Attorneys for Defendant/Third-Party Plaintiff Korean Air Lines Co., Ltd.

        Francis A. Montbach, Esq.
        Mound Cotton Wollan & Greengrass
        One Battery Park Plaza
        24 Whitehall Street
        New York, New York 10004
        Attorneys for Third-Party Defendant Delta Air Lines, Inc.

_____
Eve Ayala

Sworn to before me this
24th day of January, 2008

_____
Notary Public

LORIENTON N.A. PALMER
Notary Public, State of New York
No. 02PA4983745
Qualified in Nassau County
Commission Expires July 8, 2011