```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SOMPO JAPAN INSURANCE CO.,          :
                                    :
            Plaintiff,              :   07 Civ. 06476 (JGK) (THK)
                                    :
    -against-                       :
                                    :   ORDER
                                    :
HANKYU EXPRESS INTERNATIONAL CO.,   :
and KOREAN AIRLINES CO., LTD.,      :
                                    :
            Defendants.             :
                                    :
-------------------------------     :
                                    :
KOREAN AIRLINES CO., LTD.,          :
                                    :
    Third Party Plaintiff,          :
                                    :
    -against-                       :
                                    :
INTERNATIONAL CARGO MARKETING       :
CONSULTANTS, INC., d/b/a            :
ALLIANCE AIRLINES,                  :
                                    :
    Third Party Defendant.          :
                                    :
-------------------------------     :
                                    :
HANKYU EXPRESS INTERNATIONAL CO.,   :
                                    :
    Third Party Plaintiff,          :
                                    :
    -against-                       :
                                    :
KOREAN AIRLINES CO., LTD., and      :
DELTA AIRLINES, INC.,               :
                                    :
    Third Party Defendants.         :
                                    :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to the Court for Settlement, it is hereby ORDERED:

All parties shall appear for a settlement conference on

March 11, 2008, at 2:00 P.M., in Courtroom 17D. All Parties must either be present (in person), or must provide counsel with authority to settle, and should be prepared to enter into <u>meaningful</u> settlement discussions.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   February 11, 2008
         New York, New York