```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SOMPO JAPAN INSURANCE CO.,          :
                                    :
          Plaintiff,                :   07 Civ. 06476 (JGK) (THK)
                                    :
     -against-                      :
                                    :   ORDER
                                    :
HANKYU EXPRESS INTERNATIONAL CO.,   :
and KOREAN AIRLINES CO., LTD.,      :
                                    :
          Defendants.               :
                                    :
------------------------------      :
                                    :
KOREAN AIRLINES CO., LTD.,          :
                                    :
     Third Party Plaintiff,         :
                                    :
     -against-                      :
                                    :
INTERNATIONAL CARGO MARKETING       :
CONSULTANTS, INC., d/b/a            :
ALLIANCE AIRLINES,                  :
                                    :
     Third Party Defendant.         :
                                    :
------------------------------      :
                                    :
HANKYU EXPRESS INTERNATIONAL CO.,   :
                                    :
     Third Party Plaintiff,         :
                                    :
     -against-                      :
                                    :
KOREAN AIRLINES CO., LTD., and      :
DELTA AIRLINES, INC.,               :
                                    :
     Third Party Defendants.        :
                                    :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

The settlement conference scheduled for March 11, 2008 is hereby rescheduled for **March 19, 2008 at 2:00 P.M.** All parties shall appear for a settlement conference in Courtroom 17D, or

1

must provide counsel with authority to enter into <u>meaningful</u> settlement discussions and to settle the action.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   February 26, 2008
         New York, New York