

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SOMPO JAPAN INSURANCE CO.,          :
                                    :
               Plaintiff,           :     07 Civ. 06476 (JGK) (THK)
                                    :
     -against-                      :
                                    :     ORDER
                                    :
HANKYU EXPRESS INTERNATIONAL CO.,   :
et. al.,                            :
                                    :
               Defendants.          :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for settlement, it is hereby ORDERED:

A Plaintiff's representative, and a representative from Hankyu Express International, shall appear, in-person, for a settlement conference on May 1, 2008, at 2:00 P.M., in Courtroom 17D. **The parties shall appear with meaningful authority likely to produce a settlement.**

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   April 11, 2008
         New York, New York